

ALAMEDA COUNTY SHERIFF'S OFFICE
(SANTA RITA JAIL)
INMATE GRIEVANCE FORM

NAME: _____ Douglas "Swede" Raymond NELSON _____ PFN: _____

HOUSING UNIT: _____

NATURE OF GRIEVANCE: (Give specific details)

**DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE**

INMATE SIGNATURE: _____

**DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY**

RECEIVED BY DEPUTY /S/ Johnson Grievance BADGE: by Mail DATE: _____

[ ] RESOLVED – INMATE ACCEPTANCE: _____
EXPLAIN RESOLUTION ON REVERSE SIDE.

[ ] CAN NOT BE RESOLVED AT THIS LEVEL
DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. _____ Ahern, Boer Wilkson _____

TRACKING NUMBER: _____

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

ML – 51 (rev 8/06)

# ons oppose pipe factory project

Page 9/500
CV 07-5581 & 5582
CoCoSc 06-1212
Unlawful Detainer 07-285

**G: Council
t

appeals,
mill

Phillips**
TER

termining
s newest and
ufacturing fa-
lanned will be
iral Pipe offi-
n agreement
osta Building
rades Coun-
s protesting
iission's ap-
square-foot
hich wo

bring as many as 165 new jobs and generate hundreds of thousands of dollars in annual tax revenue for the city — company officials have een most concerned by the peal filed on behalf of local and regional trade unions. The other two were brought by attorneys representing Albert D. Seeno Construction Co and Mt. Diablo Recycling.

Pittsburg's City Council tonight will be aske to deny the appeals and grant its approval for the mill, to be built on an approximately 45-acre site on East Third Street, next to the USS-POSCO Industrie steel plant.

The United Spiral Pipe factory is a joint venture among U.S. Ste. Corp., South Korean steel mak POSCO and South Korean

tube products maker SeAH Steel Corp. At full capacity, the mill's workers annually would manufacture about 300,000 tons of spiral welded pipe, which would be sent elsewhere by rail to serve the oil and natural gas industries.

In meeting with city officials and before the nning Commission last month, company officials stressed that they have to meet a "tight timeline" to open the factory by December 2008, allowing it to cor te effectively with five other p s planned or open elsewhere the United States and Canad. The appeals already have delayed the company's plans to start building the plant ti s month.

Pittsburg officials have made the project a top priority, putting

it on what they call the "fast-approval track." During all meetings they have had with company officials — whether here or in Korea — they have made clear the importance of reaching an agreement with the unions.

During two meetings with Pittsburg Mayor Ben Johnson, United Spiral Pipe President M.S. Lee "wanted me to push the unions to back off," Johnson recalled Friday.

Johnson said Lee also asserted that he, as the mayor, had the power to do that, a suggestion Johnson said he immediately disputed.

"I told him, all I can do is call somebody" with the union and ask that they be flexible, Johnson said, noting he did that when

local union groups appealed a recent expansion at Dow Chemical Co. But it will be up to factory officials, he said, "to figure out exactly how they want to pursue it, as far as the unions go."

Johnson put the same question to the union, noting, "If you fight tooth and nail and lose, they (the company) go away. If they go away, what do you have in your pocket? Zero dollars."

Greg Feere, CEO of the Contra Costa Building and Construction Trades Council, did not return calls placed to his office and cell phone Friday.

United Spiral Pipe officials have declined to talk candidly about the project with the Times

See FACTORY, Page 4



Grace for Thanksgiving

NADER KHOURI/STAFF

# Man died in jail of natural causes

■ **DUBLIN:** Investigation finds that secondary cause of death was altercation with another inmate at Santa Rita Jail

**By Roman Gokhman**
STAFF WRITER

Although the manner of death of a Santa Rita Jail inmate who died in custody in August was determined to be natural, it was caused as a direct result of a fight with another inmate directly preceding his death, authorities said.

"He had some serious heart problems," Santa Rita Jail Commander Bert Wilkinson said.

Abdule Graham, 31, of San Leandro died Aug. 21 after he was found unresponsive in a shower at the jail. He was rushed to ValleyCare Medical Center in Pleasanton, where he was soon

Page 14/5000

# DENVER SHERIFF DEPARTMENT
## PERSONAL PROPERTY INVENTORY

DSD 324 (2/96)

DENVER SHERIFF/CO
155/691, NELSON, RAYMOND

BOOKING NUMBER: 155/691

PROPERTY BAG NUMBER: 200769 cv9-5581/5582

PRISONER NAME: NELSON RAYMOND

DATE: 08-02-07

CoCo Co 0756/1292

Judge Ro53

UPON ADMISSION THE ITEMS LISTED BELOW WERE RECEIVED FROM THE INMATE:
(INCLUDE ALL BAGS, BOXES AND SUITCASES)  exhabit

| QUANT. | ITEMS | CODE | DESCRIPTION | QUANT. | ITEMS | CODE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | BRACELET | BRAC | | 1 | WATCH | WTCH | WM |
| 1 | BILLFOLD | BLFD | BRN | | KEYS | KEYS | keys |
| | EARRING | EARR | | 1 | BELT | BELT | BRN |
| | LIGHTER | LITR | | | RING | RING | |
| | NECKLACE | NECK | | | R/X | R/X | |
| | PURSE | PURS | | | OTHER | OTHR | |
| 1 | SUNDRIES | SUND | CELL | | NONE | NONE | |
| | CHECKS | CHEX | | | CURRENCY | | 105.00 |
| 1 | GLASSES | GLAS | OK | | COIN | | 2.19 |
| | KNIFE | KNFE | | | TOTAL MONEY | | 107.19 |

SERIAL NO.

SEARCH OFFICER

BOOKING OFFICER                                                           SERIAL NO. 0707

INMATE'S SIGNATURE                                                        DATE

UPON PRISONER'S RELEASE, ALL PERSONAL PROPERTY AS INVENTORIED ABOVE HAS BEEN RECEIVED BY THE INMATE.

RELEASING OFFICER: _____                               SERIAL NUMBER: _____

INMATE'S SIGNATURE: _____                              DATE: _____

UPON RELEASE OF PROPERTY TO A THIRD PERSON, ALL PERSONAL PROPERTY AS INVENTORIED ABOVE WAS RELEASE TO

_____ DATE _____ TIME _____
(NAME AND SIGNATURE OF PERSON RECEIVING PROPERTY)

SERIAL NUMBER

FINANCE OFFICER: _____

UPON TRANSPORTATION TO ANOTHER JURISDICTION, ALL PERSONAL PROPERTY AS INVENTORIED ABOVE WAS RECEIVED BY

SERIAL NUMBER: _____

TRANSPORTING OFFICER: _____

DATE _____

TRANSPORTING JURISDICTION: _____

RECEIVING OFFICER: _____                              SERIAL NUMBER _____

5507



# THE LAW OFFICES OF DIANNE D. PEEBLES

ATTORNEY AT LAW
ONE KAISER PLAZA, SUITE 750, OAKLAND, CALIFORNIA 94612
TELEPHONE (510) 832-8700
FACSIMILE (510) 836-2595

DIANNE D. PEEBLES
DPEEBLESLAW@COMCAST.NET

October 24, 2007

Douglas Nelson
P.O. Box 4976
Walnut Creek, CA 94595

Douglas Nelson
5325 Broder Road
#ARX006
Dublin, CA 94568

Re:     Douglas Nelson
        Claim Number: 02-397-500-0
        DOL: 12/18/06

Dear Mr. Nelson:

I am in receipt of your correspondence and respond thereto. I cannot reply to the demands in you letter at this time as I need additional time to obtain your Examination under Oath. I am presently working with Santa Rita in order to take your Examination under Oath while you are incarcerated. I will notify you of the date once I have received clearance. I anticipate scheduling your Examination under Oath within the next thirty days. Thank you.

Very truly yours,

THE LAW OFFICES OF DIANNE D. PEEBLES

DIANNE D. PEEBLES, ESQ.

*Joindee Plaintiffs* *United District Court Oc Sf Catfecsons*

*United Staes Dist Ct*
*CV07-5581 & 5582*

*1 & Assignment to Compass Bank - Wildcat Drillers &d*

2  PROOF OF SERVICE BY MAIL                          (1013, 2015.5 C.C.P.)

3  *Letter of Credit w/$100 million*  *Lead Case C06-1272*
   *CoCoCo*

4  I am a citizen of the United States and a resident of Alameda County. I am over the age   *Judgement*
5  of 18 years and ~~not~~ a party to the within action. My business address is City Hall, 835   *$2003 ²⁰ ²⁰*
   East 14th Street, San Leandro, California 94577.

*Notice of cbandee*
*Plantiff Compas Bank-Nelson*
*Wildcat Drillers*

6  On September 24, 2007, I served the within
7  *1st October*
   *UCC-1*  *NOTICE of EXONERATION Sale/unfair surprise*
        **NOTICE OF INSUFFICIENCY**
8                **AND/OR**
9        **NON-ACCEPTANCE OF CLAIM**

10 on the parties in this action by placing a true copy there of in a sealed envelope, addressed
11 as follows:  *US Supreme Court - Solicator General*
                *Roe - Sc*
         **Douglas Raymond Nelson**
12       **5325 Broder Blvd. STE ARX 006**  *(CSAA) insured w/9 sea*
              **Dublin, CA 94568**

13 BY MAIL I placed such sealed envelope, with postage thereon fully prepaid for first-class
14 mail, for collection and mailing at San Leandro City Hall, following ordinary business
   practices. I am readily familiar with the practice of the City of San Leandro for collection
15 and processing of correspondence, said practice being that in the ordinary course of
   business, correspondence is deposited in the United States Postal Service the same day as
16 it is placed for collection.

17 I declare under penalty of perjury under the laws of the State of California that the
18 foregoing is true and correct.

19 EXECUTED at San Leandro, California on September 24, 2007.

   *An Defendant*
   *RICO actor*
   **Meredith Stapp**  *#2 1st Defendant Judgement $6053 ²⁰*
   **Risk Management**  *$5000 ²⁰ to Compass Bank*  *Bank of America*
                                                    *CSAA ~$17000*
   *& Wells Fargo / TCF Bank @ Missouri & Hawaii West  $20,000*
        *HSC Bank Chevie Joan Oakland, Ca*  *$37,000*
   *See Amended*
   *Statement*  *SPECIAL HOLD ~ 30 days (15 KB)*  *1/ Aeg @ Alameda Blvd / upper / Hwy 25/ 7-11 Parking lot*
   *Where Upon I was Falsely Arrested/Kidnapped @ Gun Point, Held for $10K ransom*
   *Then/Not Falsely Imprisoned @ Alameda, Ca 94568*
   *Complaint (Proof of Service) For Gambling Debt/Winner Land Rover Page 20/9*
   *Alt Aid/Mis Cond...*

# ALAMEDA COUNTY SHERIFF'S DEPARTMENT
## SANTA RITA JAIL/GLENN E. DYER DETENTION FACILITY

TEL: (925) 551-6700      **PPD SKIN TEST**      FAX: (925) 551-7693

Name: NELSON, RAYMOND   D.O.B.: 5/6/45   R.F.N.: DQB383

_____ PPD Skin Test **NOT APPLIED** due to: _____
(Initiate PPD SKIN TEST EVALUATION Form)

_____ PPD Skin Test **APPLIED** with strength of 5TU at body site: _____

Date and Time: 8/11/07 2005   Nurse Signature: _____   R. APOLINARIO

Patient Location at time of PPD Skin Test interpretation: _____

Date and Time Read: _____   Induration in millimeters: _____

Nurse Signature: _____

## NOTE TO PATIENT
### YOUR TEST MUST BE READ WITHIN 48-72 HOURS (2-3 DAYS)
IF YOU ARE RELEASED BEFORE THE TEST IS READ

A. CONTACT YOUR HEALTH CARE PROVIDER FOR THE TEST READING OR RETESTING, AND ANY FURTHER EVALUATION THAT MAY BE NEEDED.

B. IF YOU DO NOT HAVE A HEALTH CARE PROVIDER, YOU MAY CONTACT ONE OF THE FOLLOWING CLINICS.

**WINTON WELLNESS CENTER**
24100 Amador St., Suite 250
Hayward, CA
Tel: (510) 266-1700

**EASTMONT WELLNESS CENTER**
6955 Foothill Blvd. (2nd Floor of Eastmont Mall)
Oakland, CA
Tel: (510) 567-5700

**BERKELEY RESIDENTS**
Berkeley City Health Department
830 University Avenue
Berkeley, CA
Tel: (510) 981-5350

Distribution: Original to Medical Records
SRJ-154 (7/06)
CAL 105D (7/2006)

Copy to Patient

# ALAMEDA COUNTY SHERIFF'S DEPARTMENT
## PRISONER PROPERTY RECEIPT

*Soncaror General Socket Seroce*

All unclaimed property and money shall be disposed of as provided by law.

PR | PR

Local Agency: OPD ☐   Other: **ACSO**
CASSINO

Local Agency No: 00100

NELSON   DOUGLAS

PFN No. DQB383   Date 08 10 07

ARX006

| | | Property Release | Property Release |
|---|---|---|---|
| | X 100 | | |
| | X 50 | | |
| 25 | X 20 | 500.00 | stolen |
| | X 10 | | |
| | X 5 | | |
| | X 1 | | |
| | COIN | | |
| TOTAL | $ | | |

This form contains a complete list of property receipted for upon entering an Alameda County Jail.

Inmate's Sig X _Douglas Scooo Pfy_   ☐ Refused to Sign

Officer's Sig X  L. TUCKER   Badge No. 1302

No. _MS Tucker_

TSA

I have received all of my property, clothing, and money.

Inmate's Sig X ___   Date ___
Officer's Sig X ___   Badge No. ___

### Property Release #1
Released Property To:

Agency:

Officer's Sig. X ___   Badge No. ___   Date ___
Inmate's Sig. X ___   Release Date ___
Officer's Sig. X ___   Badge/I.D. No. ___

### Property Release #2
Released Property To:

Agency:

Officer's Sig. X ___   Badge No. ___   Date ___
Inmate's Sig. X ___   Release Date ___
Officer's Sig. X ___   Badge/I.D. No. ___

Form 230-1

| Item | Description |
|---|---|
| Wallet | black w/ misc papers |
| Purse | |
| Misc. Papers | CHECK # 178582 FOR 87.19 MADE OUT TO RAYMOND NELSON |
| Check/Savings Book | |
| Keys | |
| Watch | ☐ WM ☒ YM   ☒ Man's ☐ Woman's   Make: QUARTZ |
| Ring | ☐ WM ☐ YM   ☐ Man's ☐ Woman's   Color of Stone |
| Ring | ☐ WM ☐ YM   ☐ Man's ☐ Woman's   Color of Stone |
| Other Jewelry | ☐ WM ☐ YM   ☐ Man's ☐ Woman's |
| Other Jewelry | ☐ WM ☐ YM   ☐ Man's ☐ Woman's |
| Earring | ☐ WM ☐ YM |
| Change | If less than $1.00 |
| Rare or Foreign Coins | |
| Hat | |
| Coat | |
| Vest | |
| Shirt | RED |
| Tie | |
| Belt | brown |
| Pants | BLUE |
| Shoes | BLACK |
| Dress | |
| Skirt | |
| Radio | No LAP TOP, No Boat/trailer |
| Luggage | No Dodge 4X4 350 Power Wgn |
| Medication | No Kmor Rover |
| Other | SUNGLASSES   BLK/GRY MOTOROLA CELL PHONE |

Comments:

Tools, Welders, Torches, Generators
$20,000 Cash
$200,000 Tools

No Dodge Utilities
350 X3
No BMW
No Escalade
No HUMMER X2



STATE OF COLORADO

Name: NELSON, RAYMOND
DocType: Unidentified Charge Document
Charge Doc:                    0719455
Chg Status:
Bond Amt: 0                    Agency:        Class:
Offense: HOLD FUG /CALIFORNIA-COUNTERFEITING

Bookno: 1551691

Chg Date: 08022007 ChgNo:  1

RptType:
                    NCIC:

Inmate Servius
Deputy Badget
Page 9 5000d

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

RETURN TO INMATE CV 07 5381-5382
Lead Case CoCoCo osc-1272
07-283

United States Supreme Court honorable RenQuist

D. NELSON Pro Se #143-366
Solicator General Dept of Justice

ARX 006 west of Radio / DQB 383

H/U 1  F-POD  cell 8  Judgement $2053.20
Deied of Phone Card
or Cell Phone from
Property Receipt-Tacket
1561226 ACSO

Confidential
Legal Mail

Opened
no Envelop

Boyd Mail Fraud

**RETURN TO INMATE**

Wild Catrees Dallas "Weld Roses" Minnus - MS -

wildcat4nelson@Aol
Annet4nelson@Yahoo

X  DR Svede Nelson
Solicator General



— Compiled by Steven Harmon and Alvie Lindsay of the MediaNews Sacramento Bureau.

reform and water seem no more closer to agreements.

The lowdown: In fact, it appears almost certain there will be no water deal in time to put on the February ballot. As for a deal on health care, it's anybody's guess.

perhaps nothing — aside from the presidential primary — will infiltrate your airwaves more than the Indian gaming propositions. The tribes are a potent and deep-pocketed political interest and they have already started putting commercials on the air.

**GOV. ARNOLD SCHWARZENEGGER** has talked four mortgage lenders into allowing some borrowers with adjustable-rate loans to keep their lower interest rates even though the term of the rates has run out.

## Quote of the week

"Losing your home in a foreclosure is an emotional crash that can take years to recover from, but we don't have to sit idly by and watch the American dream turn into the American nightmare."

— Gov. Arnold Schwarzenegger, announcing cooperative effort with major mortgage lenders to help homeowners



Case 3:07-cv-06385-JW    Document 2    Filed 12/13/2007

d
nilk
ad of
ar-
the
/m-
atte
ibout
ell
: that
an
't

(with one "L") in his restraining order request and got several other basic details about her wrong, including her eye color and birth year. Ouch! A hearing on the matter will be held Dec. 20.

**TIME TO SETTLE:** Now the Hollywood writers strike is getting serious. It's preventing a **Johnny Depp** movie from being made. Depp was due to start

my husband gets out of incarceration. And I mean that."—
*Amy Winehouse, after getting booed during a concert.*

*Today's People Column was compiled by Lynn Carey from staff, Associated Press, Eon line.com, MSN.com, Yahoo.com and Times wire services reports. Comments? Call 925-943-8112 or e-mail lcarey@bayarea newsgroup.com.*

"Oh look, how messy").
And then, ("Oh look, there's a nest in the rose bushes!").
And then, ("My God, Ed, there are eggs in that nest!").
I suspect you can guess what will happen next.
The mortality rate for "backyard ducklings" is close to 99 percent.
Besides not having a decent pond to dabble in for plants and other tasty things (very few calories in chlorine), the disoriented ducklings will have to run a deadly gantlet of cats, dogs, kids, fast cars and city streets.
If your pair of mallards do stick around long enough to build a nest, please destroy it before they can lay eggs. If they have laid eggs, remove them before they have a chance to hatch.
Hopefully, this will force them to fly back to the country club pond or another safer, more natural spot to raise their family.
Otherwise, let your patience be your guide in loan-

just about perfect. Hang onto a wing — wiggle it in front of Mabel's nose so it looks alive, and then take off running around the living room. She'll get the message.
If I were you, I'd also pick up a big box of Band-Aids while you're at the store.
(Just kidding about running. Drop the chicken and she'll eat it.)

**A FINAL NOTE**
Hug the cat, brush the dog, cut up some carrots for the parrot, change the water in the fish tank and get a new exercise wheel for the hamster.
Oh, yeah, and a Wall Street Journal subscription for the rat.

*Find more Gary in his blog at http://blogs.contracostatimes.com/garybogue; write Gary, P.O. Box 8099, Walnut Creek, CA 94596-8099; old columns at ContraCostaTimes.com, click on Columns; e-mail garybug@infionline.net.*

---

## CIRCULATION

ions on delivery **800-598-4637**
lease call . . .

| | Open M-F 6 a.m. - |
|---|---|
| In't received **Call** | 7 p.m. Saturday 6:30 - 11 a.m., Sunday |
| by:    **before:** | 6:30 a.m. - noon • |
| ........6 a.m.  10 a.m. | Vacation stop and start requests 24 hours |
| ........7 a.m.  11 a.m. | a day through our |
| ...7:30 a.m.  11 a.m. | Voice Response Unit |

## ADVERTISING

-assified ads
-Fri. 7 a.m.-6 p.m.)                    925-933-2020
an ad or get classified info.     1-800-733-3933
isplay advertising:
Costa Times................925-943-8270
County Times................510-262-2714
ounty Times................925-779-7120
imes....................925-847-2133
mon Valley Times............925-847-2133
ne advertising.............408-392-4201
varies...................925-943-8020
tings or anniversaries      925-943-8061
Audit Bureau of
Circulations member      Recycled newsprint

## WHOM TO CALL

Publisher John Armstrong.....................925-945-4754
Vice President, Advertising Peter Herschberger........925-943-8117
Vice President, Circulation Dan Smith .............925-943-8290
Vice President, Human Resources Laurie Fox.........925-943-8236
Production Manager Werner Reuper ..............925-943-8141
Republication requests ....................888-414-4534
Births ................................925-943-8235

## NEWS DEPARTMENTS

Executive Editor Kevin G. Keane....................925-977-8406
Assistant Managing Editor Carolyn McMillan..........925-943-8379
Assistant Managing Editor Katherine Rowlands.........925-945-4778
Assistant Managing Editor Martin Reynolds...........510-208-6433
Contra Costa Times, Local News Andrew McGall.......925-943-8227
East County Times, Local News Keith Bennetts.........925-779-7181
West County Times, Local News Todd Perlman........510-262-2731
Valley Times/San Ramon Valley Times, Local News
        Sam Richards ....................925-462-2147
Business Editor Drew Voros........................925-943-8099
Sports Editor Tom Barnidge.......................925-977-8591
TimeOut/A&E Editor Lisa Wrenn .................925-943-8251
Opinion/Readers Forum Dan Hatfield ................925-977-8430

---

**ContraCostaTimes.com**

# LINE EXTRAS

# SEEN

## Art in the Bay Area



MEDIANEWS

The day after Thanksgiving is the traditional start of the holiday shopping season, and ContraCostaTimes.com has everything you need to handle it. With videos from the scene of local malls, polls on holiday movies and television specials, posts from our Shop Talk blog and reader-submitted photos from the fray, we'll keep you in the know. Throw in traffic and weather reports, and we're practically indispensable. Stop on by today!

Staff writers Laura Casey, Jennifer Modenessi and Robert Taylor have taken up the call for an arts blog and have begun posting at Seen (www.ibabuzz.com/seen). Here's the start of Taylor's debut post "Books, marked":
"The office is getting a makeover — walls are falling, computers are coming, desks are moving. Writer's desks are notorious for collections of the detritus we call "research material," from outdated phone books to promotional hats from the circus.
The editor e-mailed this warning: "Everyone, no exceptions, has to pick up, throw away, file, throw away, take home, throw away the papers, notes, press releases and reports underneath, around and atop our desks."
Old museum exhibit catalogues and books such as "Eroticism in Art" have been swept away, stuffed into boxes and the trunk of the Mazda.
But here are five books (including two linked to recent exhibits) that must stay [...]"

### Multimedia

Watch as a serviceman surprises his daughters with a Thanksgiving visit home, a 9-year-old Chinese girl returns to the hospital that saved her life and Walnut Creek police's bomb squad investigates a scare in Knightsen. Check out penguins' behavior during a feeding at Steinhart Aquarium, Democratic presidential candidate Sen. Barack Obama's San Francisco visit and prep football playoff prospects with Two Geeks and a Pigskin. See how two chefs combine three hours and $150 without going stir-crazy to make a Thanksgiving dinner, follow the Golden State Warriors' holiday food drive and examine the courtroom artistry of Joanne Lynch.



**Office of the Clerk**
**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**
**95 Seventh Street**
**Post Office Box 193939**
**San Francisco, California 94119-3939**

(415) 556-9800

**Cathy A. Catterson**
**Clerk of Court**

# N-O-T-I-C-E

| Written Communications, Circuit Rule 25-2 |

All communications to the court, including papers to be filed, shall comply with FRAP 32 and shall be addressed to the Clerk at the United States Court of Appeals, Post Office Box 193939, San Francisco, California 94119-3939.

Page 5/500
Dist Cr 07-5581/5582
CoCoSc07-1272
Sc07-283

# CENTRAL CONTRA COSTA

# SUN TIMES

**********SCH 3-DIGIT 945
DOUGLAS NELSON #ARXOO6
ALAMEDA COUNTY JAIL    2/6/2008
5325 BRODER BLVD
DUBLIN CA 94568-3309

**$1**
plus tax

ContraCostaTimes.com _____ Volume 96, Number 178

## CAN IT LAST?
Mervyns must show it can
make its rebound endure
IN BUSINESS/**G1**

## ELLIS SHINES
Monta's 31 points power Warriors
to victory • IN SPORTS/**B1**



# EGONE LUSIONS
## s with clusters of empty homes

# Fires make repeat visit in Malibu



EDDIE LEDESMA/STAFF

**S** line Catanzaro Way in Antioch. Agents
ioch have fallen 30 percent from their highs.

etch now.  percent from their highs. Now,
look. Lo-  1,200 homes in the city are listed
values in  for sale.
. solid 30    Banks own a third of them.

### ContraCostaTimes.com

■ To view a map of foreclosures
neighborhood-by-neighborhood,
go to: http://www.contracosta
times.com/search/ci_7342417

### INSIDE
■ Where homeowners facing
foreclosure can go for help. **Page 27**

Last month, fewer than 40 sold.
   One home on Catanzaro that
sold at more than its $445,000
asking price in late 2005 sat for
10 months this year at $322,900,
said listing agent Jim Mann. No-
body bit. It sold at auction last
week for an as-yet undisclosed
amount.

See FOREGONE, Page 12

■ Second set of blazes in as many months destroys
nearly 50 more homes; firefighters get quick upper hand

**By Jerry Berrios, John Miller and Brent Hopkins**
LOS ANGELES DAILY NEWS

MALIBU — Still reeling a month after wind-whipped wildfires
racked the exclusive community of Malibu, the Pfeiffer family awoke
at 4 a.m. Saturday to once again face the stifling smell of smoke.
   An hour later, sheriff's deputies were at the Pfeiffers' Corral
Canyon home telling them to evacuate. The family grabbed what
they could — a computer hard drive, passports, financial records,
a change of clothes, family pho-
tos — and fled.
   "This will be the fifth time we
have been evacuated," Jon Pfeif-
fer, a 20-year Malibu resident,
said as he stood along Pacific
Coast Highway later Saturday
waiting for news of his home.
"The second time in a month."
   The Pfeiffers are among thou-
sands in the tony enclave who
grappled with firestorms that by
late Saturday had scorched at

## By the numbers

### Malibu

■ 4,650 acres scorched

■ 51 structures lost — 49 homes, two
outbuildings; 27 structures damaged

■ The weather: Santa Ana winds that
had gusted up to 60 mph had died
down slightly late Saturday but aren't
expected to be completely gone until
later today