E-filing

FILED

07 DEC 13 PM 2:66

RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. OF CALIFORNIA

RAYMOND dSWEDE NELSON Pro Se
PRIVATE ATTORNEY GENERAL
5325 BRODER BLVD (Ste ARX-006)
DUBLIN, CA 94568

JW
550

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

RAYMOND dSwede NELSON Pro Se
DQB 383

Plaintiff,

vs.

WELLS /FARGO, STAGE-UOOFY
aka CFO ATKINS
WESTERN UNION SAFEWAY Defendant.

CASE NO. 07 6305 JW (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, NELSON, Ray dSwede, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X INCARCERATED (False Imprisonment)

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: None    Net: None

Employer: Lock Down 24-7, wheelchair Bound @ Guantoma Bay
North West DuBlins Santa Rita, Discriminated (Blue to Red w/5150's Green)
Refused Trustee because of STAIRWAY VISA ELEVATORS
CRUBS USA, RAMPS

S. APP. TO PROC/IN FORMA PAUPERIS                    - 1 -

*CV07-5582*
*666 5C06-1272*
*07-283*

*Page 10/500*
*ATTY H nelson - Pewete A/C-APP (702)552-5891*

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Winn Carters Drilling - Mining Mfg - Railroad - Pipe Lines_
5  _Rock Springs, Wyoming 80089 (307) 257-6446_
6

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                Yes _X_ No ___
10         self employment
11    b.   Income from stocks, bonds,             Yes _X_ No ___
12         or royalties?
13    c.   Rent payments?                         Yes ___ No _X_
14    d.   Pensions, annuities, or                Yes _X_ No ___
15         life insurance payments?
16    e.   Federal or State welfare payments,     Yes _X_ No ___
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each. _Self Employment $6,500.00_
21                     _IRA's_         _900.00_     _400.00 Wasted @ Felson Mail Room 15/17th Oct 07_
22                     _Annuities_
                       _SSI_            _700.00_
23  3.   Are you married? _Widowed_                 Yes _X_ No ___
24  Spouse's Full Name: _Kristen Dae (Samp) Nelson, deceased_
25  Spouse's Place of Employment: _Bone Orchard(s)_
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_None_           Net $_None_
28  4.   a.   List amount you contribute to your spouse's support:$ _$200.00_

*Pg 42/50*

S. APP. TO PROC. IN FORMA PAUPERIS        - 2 -

*[handwritten margin notes: "Pop 1/500", "CV07-5582", "6606 SC-VR7C", "07 SC-283", "Anne Nelson - Private PG-EPA (707) 552-5991"]*

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

    *the WAYNES (ARE-765), GORDON - HAYES*

5.    Do you own or are you buying a home?    Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    Yes _X_ No ___

Make: *SEIZED, 2000 LAND ROVER 4x6/1*  Year: *2000 Wayne Lion Dually Boxvan*  Model: *90 Dodge Power Wagon 4x4*

Is it financed? Yes _X_ No ___ If so, Total due: $ *$11,500*

Monthly Payment: $ *$230*

7.    Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: *Edward Jones @ Rock Springs Wyoming*

Present balance(s): $ *$1,000 Wasted 1st Ccr @ Costa Rica, Mnl Room ACSO/Morro Witt*

Do you own any cash? Yes _X_ No ___ Amount: $ *$101 Plus of $81 wasted @ Property*

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes _X_ No ___

*Siezed Lap Top Computers of Welding - Mining ~$100,000*

8.    What are your monthly expenses?

Rent: $ *$615*    Utilities: *$600 fuels*

Food: $ *$800*    Clothing: *$12*

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| US Bank | $ 200 | $ 1,200 |
| Wash Mut | $ 100 | $ 800 |
| Safeway | $ 100 | $ 3,000 |
| Rite Aid | 50 | 600 |
| Home Depot | 200 | 400 |
| Lowes | 200 | 2,000 |

*[margin: "Poorly"]*

S. APP. TO PROC. IN FORMA PAUPERIS    - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

Yes, MBA Student Citi Bank $55,000.00

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✗

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

17 Oct 07                    (X)_____

DATE                         SIGNATURE OF APPLICANT

Note Accounting Sheriff AHERN/
Alameda County Supervisor Refuse Monthly Statement
& Refuse/Unwilling to Complete
Trust Certification for
3 months in Discrimatory-Retaliator
Fraud to Deny Due Process
Equal Access to Justice

RIS. APP. TO PROC. IN FORMA PAUPERIS                  - 4 -