

**Welcome to *VIA*, the travel magazine that's included with your AAA Membership. Look inside for:**

> Destinations around the globe, across the country, and especially just down the road

> Great weekend getaway ideas

> Tips for auto, air, and cruise travel

> The latest AAA Member benefits, discounts, and safety tips

> A complete events listing for Northern California, Nevada, and Utah

AAA

See back cover for AAA Member benefits

in Rem 180 Acres
MC-275
No7-6305

7. Ground 2 or Ground ______ (if applicable): Atty 4 nelson@yahoo

ADA: Bill of Pains & Penalties & Particulars
FDA - Approval of Medications
Hot Food - 2x day per Cal Code of Reg - 15 & 24 stay
Elder Abuse, Assault, Theft, Mental Abuse

a. Supporting facts: Dr Chang aka PMS prison medical systems dba City of Dublin, Santa Rita Medical System & City of Dublin, Licensed Hospital

A) Did Felloniously, Refuse to PROVIDE "Detail" Kit, Chrono to Allow < Plastic Sealed, Rx, Diabetic Meals Hot & Cold > trays Until, Medical Staff CNA's, were Available to DISPENSE INSULIN.

B) Or Comply with "Min Custody CDC Ranch", Work Furlough Custody, By Return FROM Admin Seg / Special Handling Housed with Mental-ill, in Violation / of Discrimination Sex, & Disability

C) Allow, Meals to Be TAMPERED, By Non-Hep C Approved / certified STAFF, & Tatooed, IV drug users in "Up to 8 year" Spans: Also Exposed to Menengitaloss

D) Allowed, CANADA'S, DRUGS smuggled into Facility and Witness Xmass By Sgt WMA 45, 300LBS Whom Transported to 2F8 from Unknown Source

E) Theft, 33 ± Volumns of "Legal Journals, Re: Dean Lesher / Hearst

b. Supporting cases, rules, or other authority: F) Checks $ 126,600 ±, Western Union ± $ 9000 $ 6000 Since

in Re Clorix vs US TRADE COMMISSION < China > 60
in San Cruz, Ca Health vs Restraunts ± 90 Sickend
in Re Death AJP 490, Williams ~ 24 Nov
Upon Whistle Blowing, in Re Hearst-Lesher News Group

Averred / Verified

X Douglas "Swede" Johnson Nelson

Douglas "Swede" Raymond NELSON
Private Attorney General
(307) 251-6146 (925) 485-4332

Wild Cat 4 Nelson @ Hot, Rock A Feller

10 Coliforms [I] milliliter

# Raw-milk lovers fear rule will limit product

■ New state law curbs the amount of bacteria in the nonpasteurized dairy item; producers say standard is hard to meet

By Michelle Locke
ASSOCIATED PRESS

BERKELEY — People who consume raw milk oppose new dairy standards set to take effect next month in California that they say could outlaw some of their preferred products.

The new law does not create an outright ban on raw milk, but producers say they think it could dry up supplies by setting new bacteria limits they say are difficult to meet.

"There's quite a ruckus right now," said Mark McAfee, founder of Fresno-based Organic Pastures Dairy Co., the larger of two raw-milk producers in California. "This is a huge issue, and it goes directly to consumer choice. Consumers are fed up with the government being in their kitchens, and they want to be able to make their independent choices about food they want to eat."

State officials, on the other hand, say that producers should be able to meet the standards, which they maintain are necessary for consumer safety.

The new standard, part of AB1735, takes effect in January, setting a limit of no more than 10 coliforms per milliliter.

Coliforms are a group of bacteria commonly found in the environment, most of which do not cause disease. Pasteurization, in which milk is heated, kills many bacteria, but in raw milk they still are alive.

"We found that coliform count is indicative of a healthy and clean and wholesome production process for raw milk," said Steve Lyle, spokesman for the state Department of Food and Agriculture.

Raw-milk producers say their product already is tested for dangerous bacteria such as E. coli and salmonella.

They contend that the presence of other coliforms in the milk simply are part of what makes their product unique and, in their view, more healthful, by promoting a stronger immune system.

"There's a bacteria paranoia in our country which is just out of control," McAfee said.

Producers and consumers of raw milk say they were not told about the change until after the new law passed quietly earlier this year.

Others states already have adopted the 10-coliform standard, and supporters of the stricter standard say it will not necessarily spell trouble for the raw-milk industry.

"Raw milk is legal in California and continues to be legal in California," said Lyle, adding that testing showed that raw-milk producers can meet the new standard.

# Mayan

FROM PAGE 1

ing nearby might have guessed they were prisoners of some sort.

It has become routine, this daily march of the deported.

"Pass right this way," bellowed Rene Mendez, trying to comfort his weary compatriots while adhering to a tight schedule. "Bienvenidos. Good afternoon. Welcome, muchachos."

In 2004, the United States deported 7,029 Guatemalans; in 2005, it deported 11,512; in 2006, it deported 18,305.

This year, the numbers had surpassed 21,000 by early this month.

Lori Haley, a spokeswoman for U.S. Immigration and Customs Enforcement, said deportees ...

"My brother has lived there for almost two years, going to the street corner for work," Morales said. "Later, he found a job in a restaurant. He said if I wanted to come there for a year, he would find me work."

He said his older brother sent photographs and money to his family in Chichicastenango. He bought land and had a three-story concrete house built for when he returns.

Domingo tried to join him. But he had hardly crossed the infamous Sonoran Desert into Arizona when border agents picked him up and put him on track for an expedited deportation.

Next, here he was, fresh off his first — albeit involuntary — plane ride, waiting for Mendez to call out the numbers of the luggage piled in the center of the other plane was landing, with 88 more men and 16 more women to process.

One organization passed out bagged lunches. Another offered bus vouchers to help deportees get to their far-flung hometowns. There was a table to pick up information about possible job opportunities, but otherwise they were left to fend for themselves.

The Guatemalan government began expanding the scope of its deportee arrival process earlier this year in an effort to make the system more dignified, but officials there have argued that deportees are still putting a significant burden on the country because it is difficult to reintegrate them into the economy.

And of those deported from the United States last year, more than 3,000 faced jail time in the ...

"I have to think a lot about what I'm going to do now," he said.

Another man had lived in Long Island for so long — since he was 11 years old — that he had no idea what to do in Guatemala.

"I want to know where the American Embassy is and stuff like that," he said in English, with a New York accent, declining to give his name.

Two other men, speaking in separate interviews, sported splotches of white paint on their forearms. A few days earlier, they were staying at a Texas detention facility when a guard ordered them to come out and paint a wall in the middle of the night, from 11 p.m. to 3 a.m., they said.

"He just said paint there, and ...

# Tiger

FROM PAGE 1

the zoo's director of animal care and conservation. He said he was at a loss to explain Tatiana's escape and was "astounded" to hear of it.

Police encountered the tiger outside the cafe as she was mauling a blood-covered person, San Francisco police Sgt. Steve Mannina said.

When officers tried to intervene, the tiger turned and headed toward them, and several officers fired numerous shots at the tiger.

Officials did not identify the victims, but KCBS radio reported that the tiger attacked two brothers, 18 and 19, and killed a 23-year-old man who was their friend. The survivors were taken to San Francisco General Hospital with critical injuries.

The zoo, festooned with holiday decorations, was silent after the attacks, save for police helicopters and police officers sweeping the grounds for other victims.

Some zoo employees locked themselves in the gift shop, as they had been instructed to do in an emergency. They declined to comment, as did other employees huddled near an entrance hours after the attack.

"We won't know until tomorrow whether this was negligence or intentional or how the tiger got out," Mannina said.

Safety measures can help only so much when dealing with predators such as tigers, said Chris Austria, an animal trainer who has worked with tigers at Marine World in Vallejo and with bears at the San Francisco Zoo.

Much like indoor domesticated cats who escape from their ... very interested in the world, Austria said. Tue... tack likely had nothing t... hunger, he said.

"There's a mix of ... and fear," he said. "The ... state is not to be man-...

The attack also sho... zoo visitors need to be ... just like animal trainers ... said.

"I really support z... think they do a great ... said, "but accidents will ...

"San Francisco Zoo ... ways been very safety-c... and well-trained," he s... "when they're working ... animals, they're very ha... trol. When they esca... habitats, they can be ... gressive."

According to the zo... site, Tatiana shared an ... enclosure with the zoo'... Siberian tiger, Tony, nea... House. It also has thre... tran tigers at the west e... Lion House.

The attack occurred ... year after Tatiana, wh... 350 pounds, attacked ... ously injured keeper Lo... jan's arm during a regu... noon feeding at the Lio...

The state division of ... tion Safety and Health ... tration later ruled that ... was responsible for that ... because of poor training ... way the tiger cages wer...

The zoo closed t... House for renovations ... not open it until Septem...

"This is a tragic even... Francisco," said Lt. Ken ... the San Francisco Fire ... ment. "We pride oursel... city and tourists coming ... our city for all the beaut...

*Staff writer Matt Krupn...*

MC-275

Name RAYMOND d'WADE NELSON Pro Se

Address PPAG - PRIVATE ATTORNEY General WILDCATTERS DRILLING MINNING-Mfg. Rail-Road Pipeline (307) 251-6146 Bx 782 Rock Springs, Wyoming 82?

False Imprisoned George BUSH-Gonzales Arnold SCHWARZENEGGER NORTHERN-WESTERN (CUBA'S) GUANTANAMO-ABLE, DUBLIN PRISON

CDC or ID Number ARX-?06 and DB-383 [illegible] H20,549

SUPREME COURT STATE of CALIFORNIA

(Court)

San Francisco, California

T R O
Enforcement HENDERSON OTC ALAMEDA-DENVER of H20549 dept Corrections

PETITION FOR WRIT OF HABEAS CORPUS (Mandate) Replevin of Wheelchair LAP TOP, House Car 4x6 & Central Prome-Wa 4x4 SEIZED & IMPOUNDED

NELSON-wheelchair ADA Douglas "Swede" Raymond

Petitioner 42 uscs §12123 + § 1983

vs.

No. ______

The Commander in Chief George BUSH, US Postmaster, AG Reno-Gonzales-Brown

(To be supplied by the Clerk of the Court)

Associate Lead Case H32366

Respondent GOVERNORS Colorado-Wyoming SCHWARZENEGGER Nevada-Lead Record MULLANE-GAFFEY-SANDERS (Ice Bros Cal-Neva & WY-Col) SECRET SERVICE IRS INSURANCE Commissioners QUACKENBUSH/Doe 25 SECRETARY of STATE(S) Cal-Col-WY. Mayor(S) BROWN-Dellums-HICKS-SANCHEZ Doe 510

JUDICIAL NOTICE of ABROGATED states) SOVEREIGN IMMUNITY in Re BECKFORD 249 F.supp.2d [illegible] YOUNGER ABSTENTION 42 usc 37

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.
- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.
- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.
- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."
- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.
- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.
- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.
- Notify the Clerk of the Court in writing if you change your address after filing your petition.
- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

TM #10 C

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved for Optional Use Judicial Council of California MC-275 [Rev. January 1, 2007]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 et seq.; Cal. Rules of Court, rule 8.380 www.courtinfo.ca.gov

wildcat4nelson@Aol

... the crowd responded in unison.

Domingo Algua Morales, 18, was one of them.

The teenager had been on his way to San Rafael, hoping to slip anonymously into an established pocket of Mayan immigrants living modestly in wealthy Marin County.

... rows of chairs in front of him. "Others have drowned. Others were mutilated on the trains. Thank God that you're all here, that you're alive!"

The crowd uttered a chorus of thanks for the bureaucrat's glimmer of optimism. Then they had to fill out a form. And soon it was time to move on — another.

Jose Salvador Enriquez, 33, who spent 15 years in Los Angeles and has three children there, said he had temporarily obtained political asylum to live in the United States, but he lost it and was deported last year.

He tried to cross the border and was arrested and deported again.

And yet, every day, they keep coming.

*Matt O'Brien traveled to Guatemala on a World Affairs Journalism Fellowship awarded by the International Center for Journalists and sponsored by the Ethics and Excellence in Journalism Foundation.*

# Sand

FROM PAGE 1

The "sand pirates" case was different. It was cracked by a tugboat captain, described by attorneys as a blue-collar guy with a knack for putting things together.

"This guy is a rough-around-the-edges waterfront tugboat captain," said assistant attorney general Christopher Ames. "He's not your guy sitting in the office, wearing a tie and having lunch with the Rotary Club."

The deceit, state lawyers said, largely was uncovered by Bartoo and his lawyers, Francine Radford and former federal prosecutor Wayne Lamprey, and state prosecutors.

Not only were the companies underreporting the amount of sand they were mining, they were mining outside of the areas permitted by their leases — in effect stealing that sand, prosecutors said.

By calculating royalties in a way that ensured payments to the state remained relatively flat, even during the economic boom of the 1990s, the companies short-changed the state out of millions.

"The price of sand went up and up, but the state wasn't sharing in that because of what these companies were doing," Lamprey said.

Jeffrey Ross, a lawyer for the defendants, said the amount of sand mined outside of lease areas and the amount of alleged underreporting were small. And company officials were led to think that their pricing practices were appropriate after the State Lands Commission audited leases in 2000 and 2001, he said.

"Why didn't that come to light when there was an audit?" he asked.

Ross questioned why Bartoo got such a large share of the settlement, but state lawyers said the irregularities likely would never have come to light without Bartoo's involvement.

"We probably would not have received dollar one if he didn't do this," Ames said.

Ames, the state's lawyer in charge of prosecuting most whistle-blower cases, said that Bartoo's unusually high share of the settlement — 27 percent — was due to his key contributions to the case.

The case involved two sand-mining companies, their on-shore affiliates and a global construction-materials powerhouse called Hanson Aggregates that bought the other companies in 1999. Hanson's regional headquarters are in Pleasanton.

Bartoo told state officials that companies were underreporting the amount of sand they were taking and therefore probably underpaying royalties.

But other inconsistencies also bothered him. He had heard figures that led him to think the companies' profits were excessive.

"If there was that much money in sand, why wasn't there more competition?" he wondered.

At the time, he was unaware of the California False Claims Act, the 1988 state law modeled on a Civil War-era federal law meant to encourage employees to come forward with information when taxpayers are being scammed.

A staff member at the commission told him about the law, and he eventually hired lawyers and spent the next year investigating and documenting the companies' actions.

"The risk that these guys take and the heat they take as whistle-blowers is no small thing," Ames said.

In at least one case, Hanson corrected the sand-mining practices of the companies it bought before Bartoo's allegations came to light, suggesting that officials knew the conduct was wrong and fixed the problem.

Bartoo said he and others routinely mined in areas that were not leased to the companies because their supervisors told them to and the employees were unaware of lease boundaries.

"Our mining was strictly driven by quality of material," Bartoo said. "As far as we knew, it was all fair game."

But after it bought the other companies, Hanson required the crews to stay within lease boundaries.

Meanwhile, court papers show that Hanson continued calculating royalties in a manner that lowered payments to the state until 2004, after the lawsuit was filed.

Court papers say that since the early 1990s, one of the companies began selling sand at one price to on-shore affiliates, which would then sell the sand to customers at a higher price, in some cases for more than three times as much.

The companies used the lower figures to calculate royalty payments, depriving the state of significant revenue.

The companies also structured the price of sand sold directly to third parties to include a line-item for the sand itself, with other charges such as transportation added on.

But the companies only used the line-item for sand to calculate royalty payments.

"The effect of these changes was to reduce the royalties paid to the state, although the total amounts invoiced to the customers increased," Contra Costa Superior Court Judge Terence Bruiniers ruled last year in the first of what was to be two trials.

Bruiniers' order was mixed, endorsing neither the state's nor the companies' interpretation of the leases. But he did rule that the companies' pricing structures were unreasonable.

Bartoo said he has no specific plans for the money he will receive. He does not even sound excited about his pending wealth.

Instead, he comes across as weary and philosophical. Years of frustrating litigation and the sometimes-hostile reactions from co-workers wore on him. Bartoo, who grew up in the Oakland hills dreaming about working on the Bay, said he is more interested in owning his time than anything else.

"The overall experience to me was disillusioning," he said.

Though no longer employed directly by Hanson, Bartoo has been doing the same work for a contractor.

"Being a whistle-blower is not easy, but it is one of the few effective remedies available to ordinary citizens for stemming corporate greed," he said.

His advice for would-be whistle-blowers?

"Be certain you're right, and be certain it's egregious," he said. "You have to maintain the high ground, and you better have maintained it all your life. ... I'm convinced you can't do it for the money. You have to do it because it's right."

*Mike Taugher covers natural resources. Reach him at 925-943-8257 or mtaugher@bayareanewsgroup.com.*

## WHISTLE-BLOWER CASES

Tugboat captain Kevin Bartoo received the second-highest whistle-blower award under the 1988 California False Claims Act. Under a deal approved Dec. 6 in Contra Costa Superior Court, he will get $12 million of a $42.2 million settlement from sand-mining companies.

The only California whistle-blower to collect more was Patrick Stull, a former Bank of America vice president who in 1999 collected $22 million of a $187.5 million settlement for bringing forward information that showed the bank was pocketing unclaimed proceeds from bonds that should have been returned to state and local governments.

Those two cases amount to more than half of non-Medi-Cal fraud cases.

The state has collected $325 million in non-Medi-Cal fraud whistle-blower cases and at least an additional $218 million in Medi-Cal fraud cases for a total of at least $543 million. The Medi-Cal fraud figures go back just to settlements reached since 2000, so the actual figure is higher.

Meanwhile, individual whistle-blowers have collected $55 million from non-Medi-Cal fraud cases and at least an additional $30 million from Medi-Cal fraud, for a total of more than $85 million.

Ramon a... ple to he... amount ... nated.

"Peopl... unteer K... generosit... ing."

Perez ... many pe... event by ... line wrap... ing as gu... get inside

Face ... puppets p... faces. Fa... mas portr... more tha... on hand t... one was h...

Guests ... chocolate, ... while they ... sents and ... of turkey, ... Adults rec... such as a ... Children r... priate toy ... among bo... animals.

A littl... rounded o...

"It's a ... who doesn... to buy toy... Antioch, w... children.

Volunte... the spirit o... tra Costa c...

Food an... one at Ric... At Waln... Methodist ... Creek Li... lonely, hur...

CALIFO...

MEGA MI...

Tuesday, Dec...

19 36 ...

ESTIMATE... $16 million

PREVIOUS... Dec. 21 ..... 14... Dec. 18 ....... ... Dec. 14 ....... 4...

Fantasy 5

Tuesday:

Daily 3

Tuesday: Early draw: ... Late draw: ...

Daily Derby

Tuesday: No. Horse 1 2 Lucky ... 2 9 Winnin...

C07-5582 JW

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name NELSON, RAYMOND dSWEDE
(Last) (First) (Initial)

Prisoner Number Denver County JAIL #1551-691

Institutional Address

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

RAYMOND "dSWEDE" NELSON
(Enter the full name of plaintiff in this action.)

vs.

Case No. CV 7-5581
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

(Enter the full name of the defendant(s) in this action)

***[All questions on this complaint form must be answered in order for your action to proceed..]***

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement SANTA RITA AHERN Jail

B. Is there a grievance procedure in this institution?

YES (X) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure? YES

YES (X) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

MC-275

**This petition concerns:**

☐ A conviction ☐ Parole

☐ A sentence ☐ Credits

☐ Jail or prison conditions ☐ Prison discipline

☐ Other *(specify)*:

1. Your name: Douglas (@Calif) Raymond (@Colorado) "Swede" NELSON

2. Where are you incarcerated? Guantanamo Bay-Cuba-North West (Dublin Ca 94568) State of No WRITS

3. Why are you in custody? ☒ Criminal Conviction ☐ Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon"). [illegible] Writ of Restitution (Quiff-Ross DQB383) served @ COORS Field Denver Colorado By Alameda Sheriff AHERN-M-MeTUCKER# , 9th Aug Rockies BaseBall Game

b. Penal or other code sections: UCC 1-2

c. Name and location of sentencing or committing court: Arnold Schwarzenegger - Geo Bush Funded State of Calif Supreme Court Ronald GEORGE, chief Justice (Chair State Bar Sanders-Caffey

d. Case number: DQB383 / aka ARX006 / aka H#43366;

e. Date convicted or committed: 15th Aug NO BAIL; PLEA 24th Sept 07; Sanders State Bar#

f. Date sentenced: 25th Oct 07; Caffey, State Bar#

g. Length of sentence: 9 months = 6 months = Sheriff Parole @ 71 days (Now defaulted)

h. When do you expect to be released? No Justice = No Peace;

i. Were you represented by counsel in the trial court? ☒ Yes. ☐ No. If yes, state the attorney's name and address: Pro Se

4. What was the LAST plea you entered? *(check one)*

☐ Not guilty ☐ Guilty ☒ Nolo Contendere ☐ Other: [illegible] NSF check → Calif. 51970 = No Crime

5. If you pleaded not guilty, what kind of trial did you have?

☐ Jury ☐ Judge without a jury ☐ Submitted on transcript ☐ Awaiting trial ☒ Sham-Political Trial Noah Pennington (Transcription) Shake-Down

Voir Dire Averred Patented Code

[signature] PhD

WELLS FARGO, STAGE-ASSEY-LIVORY ATKINS

Search | Sales | Banker Toolbox | Administration | Main | Sign Off | Customer List (0) | Clear List

# Account

Bank California (00114)

Detail | Address | History | Stop Payments | Overdraft/NSF Fees | Check Orders

WALNUT CREEK, CA 94596 & CHICO

## Checking/Savings Account History

Select action ... Go

| | | |
|---|---|---|
| Tax Responsible Customer | DOUGLAS R NELSON | Sole Owner |
| Additional Customers | None | |
| Account SSN | [redacted]8335 | |
| Ledger Balance | $15,562.14 | |
| Available Balance | $1,259.57 | |

| Date | Description | Image Available | Check Number | Amount | Balance |
|---|---|---|---|---|---|
| 04/18/07 | Checkcard Activity | No | (pending) | 4.83 | |
| 04/18/07 | Checkcard Activity | No | (pending) | 8.85 | |
| 04/18/07 | Atm/pos Activity | No | (pending) | 22.30 | |
| 04/18/07 | Checkcard Activity | No | (pending) | 16.59 | |
| 04/18/07 | Atm/pos Activity | No | (pending) | + 16.59 | |
| 04/18/07 | Atm/pos Activity | No | (pending) | 16.59 | |
| 04/17/07 | Pos Purchase - Arco Paypoint Arco Pa | No | | 29.38 | 15562.14 |
| 04/17/07 | Pos Purchase - Arco Paypoint Arco Pa | No | | 35.41 | 15591.52 |
| 04/17/07 | Pos Purchase - Arco Paypoint Arco Pa | No | | 38.29 | 15626.93 |
| 04/17/07 | Pos Purchase - Tractor Supply Tractor | No | | 71.86 | 15665.22 |
| 04/17/07 | Pos Purchase - Cns Toys R Us Cns Toy | No | | 117.93 | 15737.08 |
| 04/17/07 | Pos Purchase - Cns Toys R Us Cns Toy | No | | 139.41 | 15855.01 |
| 04/17/07 | Pos Purchase - Tractor Supply Tractor | No | | 141.82 | 15994.42 |
| 04/17/07 | Pos Purchase - Sy8 Pacsun Sy8 Pac | No | | 194.66 | 16136.24 |
| 04/17/07 | Non-wells Fargo Atm Transaction Fee | No | | 2.00 | 16330.90 |
| 04/17/07 | Atm Withdrawal - 15430 Hwy 99 N.center | No | | 204.95 | 16332.90 |
| 04/17/07 | Withdrawal Made In A Branch/store | Yes | 9629 | 2500.00 | 16537.85 |
| 04/17/07 | Non-wf Atm Bal Inquiry Fee - 04/17 Mach | No | | 1.50 | 19037.85 |
| 04/16/07 | Pos Purchase - Taco Bell #0025taco Be | No | | 4.67 | 19039.35 |
| 04/16/07 | Pos Purchase - 7-eleven 7-eleve | No | | 5.95 | 19044.02 |
| 04/16/07 | Pos Purchase - Kfc #l025025 Kfc #l0 | No | | 6.57 | 19049.97 |
| 04/16/07 | Pos Purchase - Davis Ace Lbr &davis A | No | | 31.18 | 19056.54 |
| 04/16/07 | Pos Purchase - Davis Ace Lbr &davis A | No | | 33.37 | 19087.72 |
| 04/16/07 | Pos Purchase - 7-eleven 7-eleve | No | | 40.00 | 19121.09 |

# INMATE GRIEVANCE RESPONSE

GRIEVANCE TRACKING NUMBER: 07G–S1406

INMATE: Nelson, Douglas PFN: ARX006 HOUSING UNIT LOCATION: 1F07

GRIEVANCE IS AFFIRMED: ____ DENIED: ____ WITHDRAWN: ____ RESOLVED: XX REFERRED: ____

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance dated **September 22, 2007,** and information collected from Santa Rita Jail Staff. In your grievance, you made the following claim(s):

In your grievance, you claim your mail was returned to sender for having a plastic card inside the letter.

**Response:**

The Grievance Unit contacted the mailroom and found that your mail was returned to the sender because it contained a hard plastic insurance card. U. S. mail is picked up and dropped off at the Dublin Post Office every morning, excluding weekends and holidays. Bulk packages are also dropped off daily by U.P.S., FedEx, and DHL. If incoming mail is received without your PFN, it will be returned to the sender, unopened. If your mail contains unauthorized items, such as obscene material or stationery items, the mail / package with its entire contents will be returned to the sender and you will receive a Return Receipt Notice. As long as your mail meets Sheriff's Office guidelines, your mail will be delivered to you within 24 hours of Santa Rita receiving it.

The Grievance Unit suggests that if you need of proof of insurance for your court proceeding, request a letter of proof from your insurer.

Your grievance is **DENIED.**

| | | | |
|---|---|---|---|
| Investigating Supervisor: | Ben E. Shauth Sergeant | Date: | 10/2/07 |
| Inmate's Signature: | [signature] | Date: | 19th Oct 07 |
| Do you wish to appeal this ruling? | Yes X No Refused to Answer | Date: | |
| Appeal Officer: | P. J. Kennedy 302 Lt Recommendation: Concur | Date: | 10/17/07 |

Reason for affirmation or denial: (If different from above)

Commanding Officer: [signature] Lt #826 Recommendation: Concur Date: 10/23/07

ML52 (Rev.01/01/05) BES/jrj

ENTERED OCT 24 2007

CSAA claim 02-397-5

# Prison Health Services Medical Request Form

- Inmate – do not write in shaded area.
- Place this form in the sick call box or give it to medical staff.
- If you do not complete all of the information, your appointment may be delayed.
- A copy will be given to you after the visit.
- You may be charged $3.00 for each health care visit.

Case 05C06-1272

| DATE OF REQUEST | LAST NAME | FIRST NAME | MIDDLE NAME | PFN |
|---|---|---|---|---|
| | | | | |

HOUSING LOCATION

SRJ – UNIT#______ POD______ CELL______ GDDF – FLOOR______ POD______ CELL______

DEPARTMENTAL INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF

Patient was diagnosed or treated for communicable disease... Visit was for follow-up ... requested by ... Visit was for ... Send ORIGINAL copy to Accounting

CLINICIAN'S SIGNATURE | CLINICIAN'S NAME (Print/Stamp) | DATE

Inmate's Signature

Patient Refused to Sign | Witness if Patients refuses to Sign

Date of Triage:______ Nurse Signature and Print/Stamp______

Disposition: ☐ Sick Call ______ ☐ Specialty Clinic ______ ☐ Other______

RELEASE OF RESPONSIBILITY

I am refusing sick call due to: ______

Date: ______ Inmate's Signature: ______ Refused to Sign

CLINICIAN'S SIGNATURE | CLINICIAN'S NAME (Print/Stamp) | WITNESS if Patient Refused to Sign

Tell us below why you want to see health care staff. In the area below, write down anything you want health care staff to know.

Rx' #1 was at St. Anthonis Hospital, 84th Ave West Minster Colorado discharge 's filled @ Rite Aid @ Grand Junction $1100.00 Colorado County Jan 2007

Rx², was By Physical Therpist (Grievence Johnson) Dr. Dr. Wilkens of Diablo Prosthetics, Patch Work of the Mn Ankel w. him Kellsen

Rx³ Manner design of Des @ John Muir ... Diablo Hospital Dr. Homa Meyer Michel Walnut Creek, CA 94596 & Concord, Ca 94523 Mitchel Meyers

Rx⁴ Original "Work Comp Injury (Exxon Valleyo Ca.) & Settlement ... for Life Time Medical (You have (card) Card) Damage of Exxon ...

Signature of Inmate Patient ______ Date of Signature______

ORIGINAL: Accounting PINK: Health Services File CANARY: Inmate/Patient Revised 7/06

Western Union ALAMEDA SHERIFF/CA ARX006, NELSON, Douglas (West of Rockies)

DR. Sandie NELSON. Personalized Attorney Generals (907) 552-5991

**S02F08**

11/9/2007
5:21:36 AM

CANTEEN CORPORATION
SANTA RITA JAIL (MONDAY)
Pick List

Name: DOUGLAS NELSON
Inv. Date: 11/09/2007
Id: arx006
Trans Id: VXHE1DF3F287
From: MIKE GUZMAN

Module: S02F08

Invoice: 4949556
Confirm #: f77fe5da

| Qty | Item | Code # | Price | Amount |
|---|---|---|---|---|
| 1 | ORDER ASSEMBLY FEE | 0000 | $1.25 | $1.25 |
| 1 | MEGA PACK | 9103 | $21.00 | $21.00 |
| 2 | MEAT & CHEESE PACK | 9104 | $13.00 | $26.00 |
| | 4 | | | |

4

| | | | |
|---|---|---|---|
| Previous Balance: | $48.25 | Base Sale: | $48.25 |
| New Balance: | $0.00 | Debitek: | $0.00 |
| | | Tax: | $0.00 |
| | | Total: | $48.25 |

Signature: ______________________________

WHEN ORDERING THE BLUE RAZOR THE NEW CODE FOR THIS ITEM IS 8366. PLEASE USE THIS NUBMER.

**S02F08**

CANTEEN CORPORATION
SANTA RITA JAIL (FRIDAY)
Pick List

11/9/2007
5:41:32 AM

CSC #1272

Name: DOUGLAS NELSON
Inv. Date: 11/09/2007
Id: ARX006 Module: S02F08

Invoice: 4949816
Serial #: 000138

| Qty | Item | Code # | Price | Amount |
|---|---|---|---|---|
| 5 | BK OF STAMPS (10PK) | 6120 | $4.10 | $20.50 |
| 5 | ENV (5 PK) STAMPED LEGAL | 6122 | $2.50 | $12.50 |
| | 10 | | | |
| 3 | TUNA POUCH 3OZ | 4114 | $1.73 | $5.19 |
| | 3 | | | |
| 3 | OYSTERS | 4433 | $2.78 | $8.34 |
| 1 | MAYONNAISE SQUEEZE | 4127 | $1.93 | $1.93 |
| | 4 | | | |
| 5 | HONEY BUNS 6.OZ | 4122 | $1.10 | $5.50 |
| 5 | BEAR CLAW 4OZ | 4143 | $1.10 | $5.50 |
| 2 | HANKERCHIEFS (3) | 8179 | $2.85 | $5.70 |
| 2 | BALL POINT PEN | 6004 | $0.70 | $1.40 |
| | 14 | | | |
| 2 | JOLLY RANCHER 4OZ | 1117 | $1.35 | $2.70 |
| 2 | RED VINE LICORICE | 1125 | $1.00 | $2.00 |
| 5 | MILKY WAY DARK | 1104 | $0.90 | $4.50 |
| 2 | STARBURST FRUIT CHEW | 1155 | $0.90 | $1.80 |
| 3 | NESTLE CRUNCH | 1109 | $0.90 | $2.70 |
| 2 | HERSHEY W/ALMONDS | 1108 | $0.90 | $1.80 |
| 2 | LIFESAVERS FIVE | 1129 | $0.60 | $1.20 |
| | 18 | | | |

49

| | | | |
|---|---|---|---|
| Previous Balance: | $300.55 | Base Sale: | $83.26 |
| New Balance: | $216.70 | Debitek: | $0.00 |
| | | Tax: | $0.59 |
| | | Total: | $83.85 |

Should Be 600.55

Signature: ______________________________

WHEN ORDERING THE BLUE RAZOR THE NEW CODE FOR THIS ITEM IS 8366.

Error Transactions:

| Qty | Item | Code # | Reason |
|---|---|---|---|
| 1 | TABLET 5X8 | 6128 | DISCONTINUED |

CONTINUES NELSON-WDM Vs People Calif/Colorado

CSAA-VIA 02-397-S in Rom 180 ACCE NASA

GROUND #4, Denial of Pro-Per Access to Law Library 6.3.a) & Constitutional Rights, Upon Court Order Granting Faretta Motion, & Notice Verbal 13th Aug/14th Aug & Written 20th Aug To INMATE SERVICE'S Deputy Boyd, ~16th Aug Deputy Boyd Verified Pro-Per Status Charles C PLUMMER, Peace Officer But; Sheriff Alameda County Wasted The Asset of Brick & Mortar, Brousing Law Library 7 May 2004.

6.3.b) In Violation of "Adequate Law Library", Constitutional Rights, of Bounds Vs Smith 430 US 817. Writs of Habeas Corpus are Denied By Contractor "Legal Research Associates" PC §182 / US 42 §1983 Further Continuous / Cumulative PREJUDICE

GROUND #5, Denial of Truth in Evidence on Cases at BAR Wherein, OPD was Vehicle #5, & CAUSATOR OF MERIFICE W HWY 580 CRASH. After, Bump-Spin-Out Without Authorization CVC §21651 doing WRONG WAY & GBI, CVC §10851... He FLED the Scene of 5 car Pile-Up west on Hwy 580 exited & Re-Entered EAST BOUND to SUPRISE see CARNAGE & People TRAPPED in Burning Vehicles, 22nd Jan 06 NCIC 9370, 1:50 am CHP Levandusk (Pg 14 & 22 Lines 25-32 OPD MALONE #8553P/case #016257 353 east of 38th Ave Over Crossing

8 Page of Index

Avered & Verified 11th Sept 2007 ©Douglas Swede Raynard Nelson

Douglas "Swede" Raynard NELSON

Atty4nelson@Yahoo Rock A Fellar

CONTINUES NELSON-ADM - V^S PEOPLE CALIF / COLORADO

CSAA-VIA of 397 in Rem 180 ACRES NASA

GROUND #3 FALSE CRIME REPORT, BAD "FRAUDULENT" Check

6.2.a) THE CHECK WAS "PROMISSARY NOTE" NOT DEMAND DEPOSIT. COMPLAINTANT WAS NOT PRESENT (MS PRYOR) DURING "Deal MAKING / CLOSING BY the CAR STORE OWNER (FITO) ALVEREZ." IT WAS UNDERSTOOD THAT FUNDS WERE ON "HOLD" BY WALNUT CREEK WELLS FARGO, ~$20,000.00, ACCOUNT 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 BANK STATEMENT WAS BASIS of "SIGNATURE LOAN", no TRADE-in or UPFRONT CASH, ALTHOUGH OFFERED "Evidence Witheld by San Leandro, Detective #222 ALDRED, WALT, from DISCOVERY or DA's ROSS AND HARTMAN, BANK STATEMENT 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 Savings #.... 352."

6.2.b) PURSUANT to E-mail Notice, BANK MANAGER WAS UNLAWFULLY "EXTENDING "HOLD" ADDITIONAL 10 days, 25th April 9:31am.

PURSUANT to CALJAC §1970, Defense is That Funds WERE ON DEPOSIT 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 $15,000 to $20,000 & NOT INSUFFICIENT; BUT TO COVER - FULL PAYMENT. & REASONABLE EXPECTATION of PAYMENT & ACTUALLY believed THE BANK WOULD PAY, i.e. No Intent to DEFRAUD.

WHEREIN, the CAR STORE ALVEREZ, WAS HOLD and "NOTICED" in email <Provided in Discovery> THAT PAYMENT WAS ON HOLD THEN Petitioner WAS NOT GUILTY of CRIMINAL ACT PC §476 CALJAC §1970

Informed Payee About HOLD

People V^S Poyet (72) 6 Cal 3d 530

People V^S Pugh (02) 104 Cal App 4th 66

ADDITIONALLY, the CAR STORE WAS NOTICED to Pick-up THE Vehicle @ SALT LAKE CITY & or PROVIDE FARES WHICH ALVEREZ / PRICE REFUSED

SUA SPONTE, duty of COURT, TO NOTICE defense

7 Page of 4500

Agreed / Verified 9th Nov 07

Petition Writ of HABEAS CORPUS

Page 6 of 7

Atty nelson@Yahoo Rock-A-Feller

Continues NELSON-WDM -Vs People Calif-Colorado

CDA-VIA-02-391 in Rear 180 Acres NASA

Douglas "Sneed" Raymond NELSON

Ground #2: continued

6.1.a) Perjury of Detective, #222 Aldred, 17th May upon Signature of [Violation Oath of Office, P.O.S.T. California Peace Officer #233] that Count #2 CVC §10851 occured. Whereas, even if Fraud was (for Sake of Argument) used to obtain Consent of owner it is fundamental common law throught InterStates, a Crime is Not Committed "But Only a Civil Action" 228 CA 2d 719 & 4 CA 3d 534 As Car Store Owner Alaverez, gave Consent ~23 or 22nd April @ Walnut Creek, Ca to Petitioner(s)

i. upon signature of Vehicle-Vessel (DMV 262) Transfer - Reassignment Form, ID #24173 <Open Discovery of Ross-Hartman D.A.'s 14th Aug 07>

ii. upon Lo-Jack, Addendum to Contract of Sale & installation in on Land Rover. Discovery to Prevent Thieft by Car Store employee(s) www.carestoreus.com / ralverez.Aol.com

iii. upon, Ranalfo <aka Fito> Alverez, owner alegeded "the Car Store" & Police Report Statement @ San Leandro PD, 17th May [after Western Union @ Safeway Payment was Made for May) ~15th May @ Wyoming's Rawlins City Market, Western Union] ie No Intent to defraud.

TM 6 Pages of #450

6.1.b) "That he Picked (Myself) Petitioner Up @ Home "Walnut Creek & drove me to the Car Store, & Gave (23rd April) Delivery of Land Rover, which broke down within 5 minutes (Defective Steering Wheel Lock $2000 repair) At Longs Drugs, Report 07-9455, Officer #195 Det Aldred #222 P3/3 Invest-Follow-Up. Falsification (Reported to Risk Management City of San Leandro)

iv. DA Ross, was Noticed, 14th Aug that Western Union, Inter State, Funds, were Converted, by Alverez or Pryor et al & PC §182, False Crime Report.

Agreed / Verified gYNews?

@ Dr. Sneed Sheriffs Johnson Hale Nelson PhD

Petition Writ of Habeas Corpus

Atto 4nelson@Yahoo-Rock H. Fellow

Continues NELSON-WDM -V- People Calif-Colorado

GSAA-VIA-Q3??: in Rem 180 degrees NASA

ie PREDJUDICE, witnessed By No Vehicle Code Citation, & Removal of Petitioner, From Pain Medication, of Recent Surgery, of Frost Bite. on or about Midnight * *[Graveyard Shift Employment 1st Aug (PDST) to Avoid Heat-Spell of 100° Temperatures on Weld & Metal Jobs Forgeing <Blacksmithing> of Rail Sections since ~15th July 07 @ Denver-Littleton 80122] @ 7-11 Store (South Land Corp Reno Nevada/Tahoe) [whom we are Sub Contractor for] @ Denver's, Alameda Blvd @ Hwy 25 "Sites"/ City & County, & Union Pacific Railroad Yards, Via-Duct/Over-Crossing.

6B) Unlawful Search/Seizure, Violation of Civil Right(s) 42 USC §1983, Calif Constitution Article 1 Promulgation of Magna Carta-Habeas Act, Willful Oppression, Obstruction of Justice PC §182, & Associated Denial of "Society" of Friends/Tools/Family, & ie Legal Resources of Farretta Motion, Pro-Per Orders Calif/Colorado/US Evidence Codes

i. Discovery of Restitution Warrant DQB383 15 & was Fruits of Poison Tree; filed 28 Mar ?? 5 Pages of 4000 By DA-State Bar #104513 Hartman, Rob, Alameda County @ Midnight 1st Aug @ Denver, Alameda Blvd/US Hwy 25 Resulting in "False Imprisonment/Kidnapping Violation of Lindberg Act" Inter State §1381 PC PC §182. Conspiracy to "Do Criminal Act" By Alameda S.O. Mr-Ms Tucker's, Deputies. (as Reported to FBI @ San Francisco ~9-11-07) & TRO

6.1 Ground #2, False Crime Report, CVC §10851, Subject of "Declaration of Probable Cause" for No Bail-PC §1381-Fugitive Warrant [$60,000 Hold 15th Aug] & Associated Wire-email-fax & Phone Fraud by "People Calif" upon Booking <fee $30> #1551691 Colorado, Denver P.D., 1st Aug ?? Averred/Verified

Petition Writ of Habeas Corpus

Douglas Sherif Tila Johnson

Page 4 of 7

Attn: Nelson @ Yahoo Rock A. Feller

Douglas "Sudde" Armand NELSON

# n Memoriam

. III
le
5, 2007.
, Wilson
25) 820-
11am, St.
Ramon.

lers
smoor
rs, born
shington
ied Sep-
e down
. Gradu-
School
trument-
Lietz Co.
e began
r Naval
epairing
ents off
years. In
an Fran-
rvisor in
shop for
ring the
to Point
ear Ox-
d repair
or track-
: missile
here for
after 32
ervice as
an GSII-
d for 43
passed
ssmoor,
rs. Then
dge.

urp
rd
t Memo-
rk, Con-
ry 925-

r
2007
ncord
me resi-
d away
Yuma,
in Port
then
gradu-
High
r many
Refinery.
he refin-
a very
r in real

al estate
ia, Ward
country
with his
nuch of
Canada
in Mex-

der who

## Moss Edward Steele

**1917 - 2007**

**Resident of Antioch**

Moss Steele died November 24, 2007 in Antioch at age 90. He was born November 11, 1917 to Sadie White Steele and Millard Steele in Rossmore, WV. He graduated from Logan Senior High School in 1935.

He worked as a coal miner and later as a mine foreman until 1960 when the family moved to Antioch. He worked as a painter until retiring in 1982. He was a member of Painters and Tapers Union #741 in Martinez.

Moss was a kind, soft-spoken, honest, hard-working man who always provided for his family. He loved baseball, hamburgers and apple pie.

He was preceded in death by a son, James Edward, in 2003 and is survived by his wife of 66 years, Natalie; two daughters, Regina Levison (Michael) of El Dorado, CA and Margaret Ramos (Larry) of Antioch; one grandson, granddaughters Jenifer Molinaro (Chris), Lisa Ramos, Kim Ramos (fiance Fred Vasques) of Antioch and Brentwood, and Alexis Levison of Fairfax, CA; four great-grandchildren; niece Mary Ann (Bryan) Walthers of San Jose, CA; sisters Marie Ambrose of Detroit, MI, Shirley Amos of Barboursville, WV, and Alice Cheek of Logan, WV; and sister-in-law Elizabeth Steele of Madison, WV.

Friends and family are invited to a memorial service on Friday, November 30th, 2007 at Higgins Chapel, 1310 A Street in Antioch. Viewing is at 10:00 a.m.; service is at 11:00 a.m. Burial follows at Oak View Memorial Park Cemetery.

In lieu of flowers, the family requests donations to the American Lung Association of California, 424 Pendleton Way, Oakland, California 94621, www.californialung.com.

## Betty Taylor

**Resident of Fairfield/Richmond**

Funeral 12/1 at Greater Bell Wood Church, Columbus, GA. Burial at Green Acres Cemetery,

MICHAEL EULER/ASSOCIATED PRESS

**A PLAINCLOTHES POLICEMAN** aims his rifle Tuesday night as he patrols in Villiers-le-Bel, a northern Paris suburb overwhelmed by armed bands of rioters torching cars and buildings and firing at officers.

# 'Urban guerrillas' escalate violence in riot near Paris

■ Police arrest 22 youths, say some fired on officers north of capital city

By Nicolas Garriga
ASSOCIATED PRESS

VILLIERS-LE-BEL, France — Youths rampaged for a third night in the tough suburbs north of Paris, and violence spread to a southern city late Tuesday as police struggled to contain rioters who have burned cars and buildings and — in an ominous turn — shot at officers.

A senior police union official warned that "urban guerrillas" had joined the unrest, saying the violence was worse than during three weeks of rioting that raged around French cities in 2005, when firearms were rarely used.

Bands of young people set more cars on fire in and around Villiers-le-Bel, the Paris suburb where the latest trouble first erupted, and 22 youths were taken into custody, the regional government said. In the southern city of Toulouse, 20 cars were set ablaze and fires at two li-

Dozens injured in riot
Villiers-le-Bel
Charles De Gaulle Airport
Bobigny
Aulnay-sous-Bois
Bondy
Paris
Paris
FRANCE
15 miles
Source: ESRI
ASSOCIATED PRESS

vious nights. About 1,000 officers patrolled trouble spots in and around Villiers-le-Bel on Tuesday, he said.

The government was striving to keep violence from spreading in what was shaping up as a stern test for new President Nicolas Sarkozy. The unrest showed that anger still smolders in France's poor neighborhoods, where many Arabs, blacks and other minorities live largely isolated from the rest of society.

The trigger of the violence was the deaths Sunday of two minority teens when their motorscooter collided with a police car in Villiers-le-Bel, a blue-collar town on Paris'

on the scene until firefighters arrived.

Rioting and arson quickly erupted after the crash. The violence worsened Monday night as it spread from Villiers-le-Bel to other impoverished suburbs north of the French capital. Rioters burned a library, a nursery school and a car dealership, and they tried to set some buildings on fire by crashing burning cars into them.

Officials have pledged tough punishment for rioters: Eight people were convicted Tuesday in fast-track trials and sentenced to three to 10 months in prison, the regional government said.

Police reinforcements were moved into trouble spots north of Paris on Tuesday. Helicopters flew overhead, shining powerful spotlights into apartment buildings to keep people from leaving their homes.

"The situation is under control," said Denis Joubert, director of public safety for the region surrounding Villiers-le-Bel.

Prime Minister Francois Fillon, who was briefed by police in Villiers-le-Bel, said things were "much calmer than the previous two nights

Continues NELSON-WOM -Vs People Calif-Colorado, ROSS Ltd

CSAA-VIA-02-397 in Rem-180 acres NASA

3 b] Count 1, FORGERY-PC§ 470(d). Check #0552 for $5000

COUNT 2, GRAND THEFT AUTO PC§ 487(d) LAND ROVER (2000) DISCOVERY

Declaration of PROBABLE CAUSE, CVC§10851(a) PC§ 476 & 496, of SAN LEANDRO POLICE, #222 ALDRED VALUE #11,141.50 <5000> = $6,141.50

DATED 17 MAY 07

3 c] HAYWARD, HALL of JUSTICE "STATE of CALIF SUPERIOR" DEPT(S) 501 13th Aug-20th Aug (dry run 24th Aug 07) high Noon

Dept. 509 27th Aug, HONORABLE SANDERS

Dept. 511-911-913 (2) 25th Sept 07

3 D] DOB-383 / ARX-006 &-or H.... 464 CII 08528071, 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

3 E] on or About 24th April 07th

3 F] UNSENTENCED <PLEA WITHDRAWAL> 25th Sept

3 G] UNKNOWN "Offer 9 mos County Jail"

3 H] UNKNOWN "Offer 2/3 = 6 mos = 1st December Jan 07-08

4) Not Guilty - Nolo CONTENDERE WithDrawn 25th Sept

5) NO TRIAL

TM 4 Pages of 4500

6) GROUND #1, UNLAWFUL CAR STOP <fishing expedition

6A) Profiling > of US MARINE CORPS, CAMOPHLOGED Dodge 4x4 POWER WAGON, With LOAD of MINNING, ICE Co, DRILLING & WELDING & BROADBAND COMPAQ COMPUTER(S). which was CONVERTED BY ALAMEDA SO, DEPUTIES, 16 AUGUST MR & MS TUCKER, GRIEVENCE # 076-57383, Coon Superior & AND medical, Response DENVER Police Doc WMA #1, #2 & #3. ALLEGED V Code VIOLATION "NO LICENSE PLATE LAMP", Which is "EXEMPTED in Military VEHICLE(S), where LICENSE is at HEADLAMP Height, on TAILGATE

Averred/Verified 9th Nov 07

Petition Writ of HABEAS CORPUS

@Nu Guedes Sheriff Johanner Nelo Nelson PhD

Page 3 of 7

Attn nelson @ Yahoo Rock A-Feller

# U.S. frustrates proposal for binding emissions cut

■ Bush administration achieves key victory at U.N. climate conference

By Juliet Eilperin
WASHINGTON POST

BALI, Indonesia — U.N. Secretary-General Ban Ki-moon conceded Wednesday the United States had succeeded in achieving one of its key objectives at the climate conference here, blocking a proposal that called on industrialized nations to cut their greenhouse gas emissions by 25 percent to 40 percent by 2020.

Having jettisoned the idea of incorporating specific emissions targets in the framework that will guide international climate talks over the next two years, participants were hoping to find other ways to make meaningful progress here in the two-week-long meeting of nearly 190 nations.

Ki-moon, who told reporters the U.N. initial negotiating proposal submitted to the conference might have been "too ambitious," said he and others would work to ensure any climate pact finalized in 2009 will be much more specific than the consensus document that is expected to come out of Bali.

"Practically speaking, this will have to be negotiated down the road," he said, adding that the proposal to cut emissions by at least 25 percent over the next dozen years reflected the current scientific consensus. "There needs to be a target, whether it's a short-term, medium- or long-term" goal.

The Bush administration's victory, which came even as a succession of foreign ministers took the podium to call for bolder action to fight global warming, sparked criticism from developing countries that are predicted to feel the greatest effects from a changing climate.

Robert Aisi, Papua New Guinea's U.N. ambassador said he understood why American officials are reluctant to accept binding emissions goals unless rapidly industrializing nations like China, India and Brazil also commit to concrete efforts. But, he added, the United States and other Western nations are overlooking their historical role in producing greenhouse gases as they industrialized.

Several leaders of industrialized nations also called on the United States to embrace a specific emissions target now rather than later.

German environment minister Sigmar Gabriel told the delegates that the goal of reducing emissions by 30 percent by 2020 "should not be questioned. Otherwise the industrialized countries lose their credibility. And such a reduction by 30 percent by 2020 should also be acceptable to the United States of America."

# Mideast peace talks resume

■ Israeli, Palestinian negotiations kept low key, met with resistance

By Joel Greenberg
CHICAGO TRIBUNE

JERUSALEM — Israeli and [P]alestinian negotiators met [W]ednesday to resume peace [ta]lks after an interruption of [ne]arly seven years, but spent [muc]h of their time trading re[crim]inations over Israeli con[struc]tion in a disputed area of

## In Brief



Continues NELSON-WDM-Vs People Calif-Colorado, Ross et al — CSAA-VIA-2397 inRem-180 ACRES NASA

FAA-Disabled USNavy Aviator, Wheel Chair Bound

1) Petitioner Douglas "Smoke" Raymond NELSON natural Person & Private Attorney General (act) Warren Earl III Commissioner & ADA, Disabled – One Legged – Insulin Dependent Diabetic & Fictions Person, Self Corp (Ltd) Calif-Nev & Colorado Licensed Mining-Drilling-Railroad, engineering Contractor 'A' gen Engineering #A 343736, Kings Beach-Incline Village, Calif Aspen-Vail-Bolder Colorado. IRS 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 & dob Retired Humboldt Sheriff Scuba Diver (UDT) BLM-CDF-Park Service 616, Search & Rescue 5/6/45 ... Pacific Ring of Fire, HeadQuarters 50+ Years @ Walnut Creek, Ca 94596 Calif D.L. B4521878 I.D. Wyoming & Colorado & Missouri FAA # ________ Private Pilot (307) 251-6146, Yellow Pages (all 7 Denver, Colorado DEX in Welding (Blacksmith) - Repairs)

2) Arrest, 1st Aug Midnight, in USMC camo Dodge 4X4 Power Wagon Alameda Blvd @ I-1 South Corp & Union Pacific, Via-Duck @ Shell-&-Dennys Island & Interstate Highway 25, Denver County, Colorado on Alameda County Restitution (DQB383) Debtors Warrant & Incarcerated @ Denver County Jail-Hospital 1Aug-10Aug && Extradite PC§1381 to Alameda (Santa Rita-Camp Parks) for *Administrative Segregation Via United Airlines Deputies Mr-Ms Tucker, Alameda Sheriff. 10th Aug 2007 for (Because of ADA handicap Prostetics Right leg)

3) Custody is Criminal; for a Visa-Visa Civil action upon Our Notice emailed of intent to file suit [Exhibit] (Provided in Discovery 14th Aug, DA Ross et al) Exhibit ________ (15th of May to Car Store, owner Alvarez & Western Union - Safeway Store, (May Payment $100.00) Now Convered By Alvarez et al now doing business as RALVERE@aol.com 276-3444 ... a) Despite Grant of Signature Loan #2896489 $1500.00 Promissory Note #70552, Receipted #5668 Backed WellsFargo ... #352 Bank Statement, 00114... 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 Account Owner

3 Page of #500

Agreed/Verified Petition Writ of Habeas Corpus 9th Nov et

© Dr Smoke Sheriff Johnson Cole Nelson PhD Free Pat

Att.4nelson@Yahoo Rock-A-Fellar

Douglas "Smoke" Raymond NELSON

A'S NEW STADIUM: A dream come true of j ... RTS/

******************SCH 3-DIGIT 945
DOUGLAS NELSON #ARXOO6 11/7/2007
ALAMEDA COUNTY JAIL
5325 BRODER BLVD
DUBLIN CA 94568-3309

2F

CE

# CONTRA COSTA

Friday, November 9, 2007 ContraCostaTimes.com

9 8 14

## TIDES CARRY FUEL IN ALL DIREC

# 58,000 gallons of oi

RAY CHAVEZ/STAFF

**A SKIMMING BOAT** cleans the water under the Golden Gate Bridge in Marin County on Thursday after an oil spill Wednesday.

NADER KHOURI/STAFF

**A SURF SCOTER BIRD** is stabilized at Fort Mason in San Francisco on Thursday after being caught in an oil spill Wednesday.

**WORK** contai

### MAJOR BAY AREA OIL SPILLS

- **2007:** About 58,000 gallons spilled into San Francisco Bay after a ship struck a tower on the Bay Bridge.
- **2004:** More than 120,000 gallons spilled in Suisun Marsh from Kinder Morgan pipeline.
- **1996:** 40,000 gallons spilled from a military vessel near Pier 70.
- **1988:** 400,000 gallons spilled when Shell refinery drain line broke.
- **1984:** 1.5 million gallons spilled just outside the Golden Gate Bridge when an explosion
- **1971:** 840, two Standard
- **1937:** 2.7



NO COUNTY PAROLE PER JUDGE DO NOT RE-APPLY

# APPLICATION FOR COUNTY PAROLE

# ELIGIBILITY CRITERIA

ADA DISCRIMINATION NOTICE 42 USC § 1983 & § 12132

At the time you apply for County Parole, you must have completed one-half of your sentence. You will NOT be eligible for County Parole if you are in custody for, or have a recent history of violent crimes, crimes involving firearms, aggressive sex crimes, sales of drugs, or a violation of probation unless you have served at least 90 days. You may also be denied County Parole for violation of jail rules, or for information that leads the County Parole Board to believe that you would not succeed while on County Parole.

NAME Douglas "Swede" Raymond NELSON PFN ARX-066 HOUSING One-F-7

When released from custody:

Address To Be Determined By your Requirements, Apt Rental Apple Apts etc.

City Probably Hesperian Rd Oak Area Telephone (303) 619-3183

Occupation Certified Welder / Lic Electrician & Refrig Tech. Hours 40 years

Employer Wildcatters Weld - Elect & Refrig "Service to Refinerys / Ship Yards" (707) 251-6146

Employment Address Adm. Address PO Box 4976 Walnut Creek (925) 935-4332

Do you have a drug or alcohol problem? No

Have you ever been to State Prison? Yes When 1998

If on probation, who is your Probation Officer? Non-Reporting

Have you received any "write-ups" or lost time during your current incarceration? No Explain House in HOLE, because of Prostetic leg.

Which work and or programs are you enrolled in at Santa Rita? Pro-Per. I Have Applied to Inmate Service's Board without Responce

The previously stated information is true to the best of my knowledge. I understand that giving false information on this application shall be cause for denial of County Parole. I further understand that qualifying for release on County Parole does not guarantee my participation in this program.

Douglas "Swede" Raymond Nelson | ARX-066 | 1st October 2007
Inmate Signature | PFN | Date

DO NOT RE-APPLY

long and 15 kilometers wide."
And the government has no plans of

the land again, thanks to a government-sponsored program created in 1974 to

journalist who also can be heard on KCBS 740 AM.

PROTECT THE ANIMALS
Help make the zoo a safe environment
you see anyone doing this please call 753-7080 immediately.

**EXECUTIVE DIRECTOR MANUEL MOLLINEDO** of the San Francisco Zoo shows a copy Wednesday of new signs that will be posted around the zoo. The new signs direct visitors to respect the animals.

MATHEW SUMNER — Staff

# San Francisco Zoo director defends response

**▶ TIGER,** from News 1

Already the two sides are posturing:

On Wednesday, zoo officials held a news conference ostensibly to announce the reopening of the zoo today after eight days of lockdown since the tiger killed one young man and injured the two others. But they used the media spotlight to refute Geragos' claims that zoo employees were hesitant to act when his clients frantically sought help from the rampaging tiger. To the contrary, zoo director Manuel Mollinedo told reporters, his employees were "heroic." (He couldn't elaborate on that heroism, unfortunately, he said, because of the ongoing investigation.)

But he did address the million-dollar question: Did the young men taunt the tiger? It's an assertion flatly denied by Geragos, who last made news in the Bay Area when he represented Scott Peterson, who was convicted in Redwood City in 2004 of murdering his wife. He also briefly represented pop star Michael Jackson.

Mollinedo — who has acknowledged that the tiger exhibit wall is four feet below national guidelines — indicated again that he believes that the tiger was taunted.

"All I know is that something happened to provoke that tiger to leap out of her exhibit," Mollinedo said. "The police are investigating it and until they can come up with some definitive answers, it would only be speculation on my part at this point."

The case has led to rumors published in the New York Post and elsewhere that one or more of the young men — brothers Paul and Kulbir Dhaliwal and their friend, 17-year-old Carlos Sousa Jr., who was killed — used slingshots to taunt the animal. But police told MediaNews on Wednesday they had no evidence of either.

Zoo employees did find an empty vodka bottle in the brothers' car, said the zoo's newest hire, Sam Singer, who has been the spokesman for such newsmakers as 49ers owners John and Denise DeBartolo York and the former mistress of San Francisco Mayor Gavin Newsom.

But whether the trio had been drinking before going into the zoo won't be known until after the results of toxicology tests are released, San Francisco police Sgt. Steve Mannina said.

The case has drawn scores of media, from NBC's "Today" show to CNN, to the zoo as well as to Pipe Dream Court, the east San Jose cul de sac full of tightly-packed duplexes where the Dhaliwals — ages 19 and 23 — live with their parents. But the Dhaliwals have kept their blinds shut and haven't answered knocks on their door. The brothers were reportedly reluctant to talk to police as well as to the Sousa family, who have tried repeatedly to talk to them about what happened at the zoo that day.

As much tragedy and intrigue surround the sensational case, legal experts say they wouldn't be surprised if the case never goes to court. Since the city of San Francisco will be the primary defendant, it is likely to settle.

But the case will revolve around two fundamental issues: liability and damages.

No matter what the young men might have done to provoke the tiger, legal experts say the zoo is responsible to keep the tiger confined. If it escapes, the zoo is "strictly liable," said Peter Keane, law professor at San Francisco's Golden Gate Law School.

"If you have a wild animal and you keep it and it gets out of your control, you're liable," said Peter Keane, law professor at San Francisco's Golden Gate Law School.

However, he said, any evidence of taunting could influence how much the zoo pays out in damages to the victims. If the case goes to court and a jury believes the men taunted the tiger and were partially responsible for the attack, the amount of the jury award can be reduced.

"If they just stood there and said, 'Nah nah nah nah nah nah, you're a lousy tiger,' that would be one thing," Keane said. "The taunting itself would have to be some kind of conduct that a reasonable person would know would be dangerous, like going up on top of the fence and trying to lure the thing out. It would have to be more than throwing peanut shells at the tiger."

Atte 4 Nelson @ Yahoo

Fore
to ba

**▶ STORMS,**

soak the Oaklan
and Mount Diabl
Even more is
Santa Cruz mou
tively dry fall has
able to absorb m
of rain in slide-p
dangerous, said
Richard Pike of t
Geological Surve
"The hazard c
depending on wh
said. "People livi
slopes should be
said, urging such
main alert.
"If you start h
your house start
groan — you nee
East Bay cou
been bracing for
clearing storm d
creeks and prep
flood-prone area
They've also
available to resi
really big event
Scott, Antioch's
rector.
"It always ma
but we're prepa
Ramon, extra ci
been put on-call
weekend, and w
checked trucks

SKIP LISLE (le
water flow d
creek ir

United States Dist Court
C07-5582 / C07-5581
Lead Cases Co Co Co SC06-1212
" " Co Co Co SC07-283

THE LAW OFFICES OF DIANNE D. PEEBLES

DIANNE D. PEEBLES

ATTORNEY AT LAW
ONE KAISER PLAZA, SUITE 750, OAKLAND, CALIFORNIA 94612
TELEPHONE (510) 832-8700
FACSIMILE (510) 836-2595

DIANNE D. PEEBLES
DPEEBLESLAW@COMCAST.NET

Rcd Nov 2-F8 29 Oct 07

October 24, 2007

Douglas Nelson
P.O. Box 4976
Walnut Creek, CA 94595

Douglas Nelson
5325 Broder Road
#ARX006
Dublin, CA 94568

Trustee URESTE
Fax (925) 828-4151

Re: Douglas Nelson
Claim Number: 02-397-500-0 False Arrest By CCSBA @ 7-11 Alameda Blvd 1 Aug 07
DOL: 12/18/06

Dear Mr. Nelson:

I am in receipt of your correspondence and respond thereto. I cannot reply to the demands in you letter at this time as I need additional time to obtain your Examination under Oath. I am presently working with Santa Rita in order to take your Examination under Oath while you are incarcerated. I will notify you of the date once I have received clearance. I anticipate scheduling your Examination under Oath within the next thirty days. Thank you.

#14

Very truly yours,

THE LAW OFFICES OF DIANNE D. PEEBLES

DIANNE D. PEEBLES, ESQ.

Complaint

D

MC-275

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or **issue** in any court? ☐ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

13. a. (1) Name of court: California Sue McPeak-Schwarzenegger People-Public Utilities Commission

(2) Nature of proceeding (for example, "habeas corpus petition"): [illegible] - Division of Ratepayer Advocates

(3) Issues raised: (a) Will (with Blind Eye) Relieve Without "Cardinal Knowledge"

(b) UnANALYZE, a Proposal, a Recommendation

(4) Result *(Attach order or explain why unavailable)*: The (Dar Lungren Brown) Will Ignore Reason

(5) Date of decision: 06 June/2007/#2? remote read/record/Energy Waste Gas Elect.

b. (1) Name of court: in Rem A 623 million, #1 + #2 + #3

(2) Nature of proceeding: in Re: 505 Van Ness Ave (ste 2103) S.F., Ca 94102

(3) Issues raised: (a)

(b)

(4) Result *(Attach order or explain why unavailable)*:

(5) Date of decision:

c. *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

State of Nevada - Douglas County - Placer Co Calif

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result: Yes in SECRET sessions, Lake-Colo-Sac-Butte-Sutter-Yuba-Washoe-Del Norte of District Attorneys Inter Cept (Patriot Act, Denied of Due Process Denied Access to Justice

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)

PC 5182 conspiracy of State Bar Ross Orloff Jerry Brown Dan Lungren to Destroy-Withhold evidence to INSURE ADA NELSON, [illegible] Mones, Mueslane, Cooley, Hall

16. Are you presently represented by counsel? ☐ Yes. ☐ No. If yes, state the attorney's name and address, if known:

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☐ No. If yes, explain:

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 31st day Dec 2007

[Signature illegible] Attorney General (Geo Bush-Blackett Co)

(SIGNATURE OF PETITIONER)

Patented 2008 Wild Cat 4 Nelson @ Ad-Rock A Fellae

C07-6305

ATE OF CALIFORNIA

**NARRATIVE/SUPPLEMENTAL**

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 01/22/2006 | 0130 | 9370 | 017489 | 010259 |

**OTHER FACRUAL INFORMATION:** Welcome Mayor Jerry BROWN OAK to CALIF TOP COP, Attorney General CAUSED the CRASHES

TAM

Prior to this collision P-1 (Gordon) lead Witness/Officer M. Mellone on a pursuit. The pursuit had been cancelled. At the time of the collision P-1 was not being pursed by Officer Mellone or any other officer. Officer Mellone had cancelled this pursuit less then a minute prior to this collision and approximately a half of a mile west of the location of this collision.

Oakland Police Department personnel who were present at the traffic collision scene include but are not limited to;

Officer M. Mellone #8553P
Officer P. Huppert #8257T
Officer M. Nuff #8522P
Officer K. Reynolds #8436T
Officer E. Lara #8557P
Officer B. Donelan #8378T
Officer R. Sanchez #8533P
Officer G. Hara #8549P
Officer T. Dolon #8497P
Officer C. Garcia #8458T
Officer D. Royal #8085T
Sgt. Dunakin
Sgt. Shannon

JUDICIAL NOTICE #366 of SIMILAR Satisfied Police REPORTS of CASE at BAR an SAN LEANDRO PD, Predatory Lending(s) scheme Not to UPSTAGED by OPD

CHP Oakland
Officer Levandusky #17489
Officer Koven #17494
Officer Barday #17736
Officer Heitman #17654
Sgt. Whitten #12446

Oakland Fire Department
Engines 2556, 2557, and 2563
Truck 2576

AMR units 502, 506, and 305

**STATEMENTS:**

Party #1 (P-1, Gordon) related only that he had, "Too much" to drink tonight. P-1 would not talk of what happened in the traffic collision.

Douglas "Swede" Ray Johnson NELSON

Averred / Verified (X) Douglas "Swede" Ray Johnson Nelson Private(ized) (Bush-BlackWater) Attorney General

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| J. LEVANDUSKY | 017489 | 01/22/2006 | | |

**E-WASTE NOT:** Recyclers gear up for deluge of h...

**SPARKLING TOPIC:** Champagne and Californ...

********SCH 3-DIGIT 945 2/6/2008
DOUGLAS NELSON #ARXOO6
ALAMEDA COUNTY JAIL
5325 BRODER BLVD
DUBLIN CA 94568-3309

C1
G1

CENTRAL COUNTY

# CONTRA COSTA TIME[S]

Wednesday, December 26, 2007 ContraCostaTimes.com Volume 96, Number 209 50 cen[ts]

**TIMES WATCHDOG** • AN EYE ON YOUR PUBLIC AGENCIES

# Tugboat captain [obscured]covers sand schem[e]

■ Miner credited with saving taxpayers millions will receive state's second-largest whistle-blower reward

By Mike Taugher
STAFF WRITER

Poring over the logs of hundreds of voyages he made into San Francisco and Suisun bays, tugboat captain Kevin Bartoo knew something was wrong.

The numbers were just too low. He knew he had mined more sand than the logs showed.

It was not the first time he had seen the discrepancy. Once, in his employer's office, he was offered a brief look at the books.

"All of a sudden, I realized now I have documentation of what I saw," Bartoo said.

It was seven years ago and Bartoo, dismayed and anxious about a recent change in ownership at work, decided to call the agency that issues leases and collects royalties from sand companies.

That phone call to the State Lands Commission set in motion six years of litigation and the discovery of what prosecutors say was a taxpayer rip-off amounting to millions of dollars.

Beginning in the early 1990s, prosecutors said, companies systematically underreported the amount of sand they mined, built a pricing structure that hid profits from the state and stole sand by mining well outside the areas leased to them. [obscured] prosecutors, [obscured] outright fraud and theft.

The companies denied wrongdoing and said an audit done after Bartoo called state officials seemed to indicate that they were complying with lease requirements. [obscured] settlement approved Dec. 6 in Contra Costa Superior Court, they agreed to pay $42.2 million.

Bartoo, 48, got $12 million of that amount, making the self-described "sand pirate-turned-whistle-blower" the recipient of the second-largest pay[out] [un]der California's wh[istle-blower] law.

Most whistle-blo[wers in]volve insiders, such [as employees] or accountants, wi[th] sensitive documen[ts or knowl]edge of conversatio[ns that took] place behind closed [doors, pros]ecutors said.

See SAND, P[age]

"People came through. The generosity has been overwhelming."
— Kathy Searles

## Christmas event saved

## Tiger attack at z[oo] leaves 1 dead, 2 [hurt]

■ Police kill animal at ... officials said.

Rec'd 24th Sept DR

State of California
Commission on Judicial Performance
455 Golden Gate Avenue, Suite 14400
San Francisco, CA 94102-3660
(415) 557-1200
FAX (415) 557-1266
Web Site: http://cjp.ca.gov

in Re: 503 dpr STANDARDS, hoyanded

September 18, 2007

Brockwaye Universal Switchboard
Privatized Attorney & Pro Se

Douglas Raymond Nelson
5325 Broder Blvd (ARX-006)
Dublin, CA 94568

Dear Mr. Nelson:

This letter is to acknowledge receipt of your complaint against a California judge(s). We are presently reviewing this information and you will be advised in writing, at a later date, of the Commission's action in this matter.

Very truly yours,

Bernadette M. Torivio

Bernadette M. Torivio
Executive Secretary

BMT:hs/

Follow Up

#5A

Complaint

Confidential under California Constitution, Article VI, Section 18, and Commission Rule 102

C



700 Maryville Centre Drive
St. Louis, MO 63141-5818
314-515-2000
www.edwardjones.com

**Edward Jones**

16 October 2007

Douglass "Swede" Raymond Nelson
5325 Broder Blvd (ARX-006)
Dublin CA 94568

Mr. Nelson:

We are in receipt of your correspondence dated September 11, 2007 requesting information on a deposit made into an account in your name. Please contact the office of your Financial Advisor Jim Glover in Casper, Wyoming. They can be reached at 307-265-2624 or toll free at 1-877-265-2656. They will be able to assist you regarding your account.

If we can provide additional assistance our department can be reached at 1-800-441-2357.

Sincerely,

Client Relations
Edward Jones

# ...ericans: Has time ...ıcy finally come?

...dy ...black pol- ...He sits on ...ense of ...ed into a ...den com- ...ential ...lightning ...cher can

...n who ...untry ...this

space. For decades, there has been a rolling conversation in black political circles about who and when and how to run for president. In 2000, President Clinton's former chief adviser on race, Christopher Edley Jr., was asked to speculate about the prospects of a black president by 2020.

"I'm pessimistic about that," said Edley, who by then had returned to his Harvard Law School professorship. "I think we will see a woman or Latino before we see an African American."

It wasn't just that Edley had peered over the horizon and taken note of the growing

Please see **OBAMA,** News 9

**"A part of me really believes . . . that it is fundamentally implausible (for an African American to be president). But day by day, (Obama's) success is proving me wrong."**

Christopher Edley Jr.
Boalt Hall law school dean

# Zoo plans to raise tiger wall

■ Current barrier about 3 feet less than recommended height in some areas

**By Kristin Bender**
STAFF WRITER

OAKLAND — In the wake of the recent tiger mauling at the San Francisco Zoo, the Oakland Zoo will also build a higher fence around its tiger pen.

The height of the wall at the Oakland Zoo that encloses two female tigers ranges from 13½ to 16 feet in different areas, Oakland Zoo Executive Director Joel Parrott said. There is a Bengal tiger weighing 230 pounds and a Siberian-Bengal mix weighing 305 pounds.

The Association of Zoos and Aquariums, a national accrediting body for zoos, recommends that walls around a tiger exhibit be at least 16.4 feet high. That is a guideline, not a requirement.

"It's not like the last foot or so is the difference between escape or no escape, but we are not interested in playing it that close," Parrott said Friday.

Following the Christmas Day attack, which killed a boy and badly injured two men, San Francisco Zoo officials acknowledged that the wall around the pen from which Tatiana the tiger escaped was just 12½ feet high. Zoo officials had previously said it was 18 feet high.

In Oakland, Parrott said zoo officials are discussing how much to raise the barriers and what materials to use.

D. ROSS CAMERON — Staff

**A TIGER** paces at the Oakland zoo Wednesday.

There is currently a chain-link fence around most of the tiger pen. A concrete wall encloses about a quarter of the exhibit.

"As a result of (the San Francisco incident) we are going to make adjustments to increase it,"

Please see **TIGER,** News 9

#4A

ATTCH 4 / Nelson@Yahoo

WILDCAT / Nelson@AOL



Oakland Tribune
Serving Oakland for 133 years
50 cents

# Storms to bash West Coast

■ Get ready — National Weather Service reports three major systems headed our way over next few days

By Dogen Hannah
STAFF WRITER

Winter is about to deliver a one-two-three punch to the Bay Area and the state.

Three storms packing lots of rain, snow and high winds are expected to pummel the entire West Coast one after the other today through the weekend.

"No one will be spared," said meteorologist Steve Anderson of the National Weather Service. Swooping down from the Gulf of Alaska, the unusual mix of heavy rain and severe winds could make the trio the worst to hit the area in two years.

"They are pretty powerful — much stronger winds than normal," Anderson said. Winds are expected to gust up to 30 miles per hour most days and up to 45 miles per hour on Friday during the strongest storm. Winds will be even stronger on the Bay and offshore.

"Not a good day to be on the water," Anderson said. The storms could raise the Bay Area's seasonal rainfall total at least to average.

Forecasters expect the storms to dump a total of between 2 inches and 4 inches of rain over the Bay Area, with parts of the region getting much

Associated Press photos by (left to right) M. SPENCER GREEN, DAVID LIENEMANN, PAUL SANCYA and L.M. OTERO

Obama D-Ill., former Republican governors Mitt Romney of Massachusetts nton, D-N.Y., go all out Wednesday across Iowa to encourage supporters . The costliest, most competitive race in the history of the Iowa caucuses residential hopefuls made their final pleas — on the airwaves, in churches, hat will lift some contenders and cripple the rest. See story on News 5.

Arte4Nelson@Yahoo

PROOF OF SERVICE BY MAIL (1013, 2015.5 C.C.P.)

I am a citizen of the United States and a resident of Alameda County. I am over the age of 18 years and not a party to the within action. My business address is City Hall, 835 East 14th Street, San Leandro, California 94577.

On September 24, 2007, I served the within

**NOTICE OF INSUFFICIENCY AND/OR NON-ACCEPTANCE OF CLAIM**

on the parties in this action by placing a true copy there of in a sealed envelope, addressed as follows:

**Douglas Raymond Nelson**
**5325 Broder Blvd. STE ARX 006**
**Dublin, CA 94568**

BY MAIL I placed such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at San Leandro City Hall, following ordinary business practices. I am readily familiar with the practice of the City of San Leandro for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED at San Leandro, California on September 24, 2007.

Meredith Stapp
Risk Management



Douglas "Seedo" Sharon NELSON
Privatized Attorney General
The BLACK H2O, LTD
P O Bx 782
Rock Springs Wy 82089

Geo BUSH, Cheneye
US SUPREME COURT
Chief Justice Roberts
9th Cir of Appeals
State of Schwarzenegger
with Cathy Catterson
San FRANCISCO,
The San Francisco Street mentor - Rice A Ronie
94102

PILOT-FIREFIGHTER-BLM
RAYMOND NIELSON

Car-Jacked Seeland Road & Ransom $60,000.00 @ Denver - Hwy 25 - Coors Rockies, Colorado
1st aug 07

Kidnapped W/no Governors WARRANT via - United Air by Mr-Ms TUCKER @ Gun-Point w/ Doe SKYmarshall 10th (Thunder Storm-delay) Aug to Port of OAKLAND.

To Wit: I have been Served This "FOOD stuff" without Variation / Per Jail / Syps (1500 et seq.) adulterated "Food Stuff" w/ Rotten Bananas - Oranges PEARS for ± 3 months (1000 Counts), Not (1) was EATTABLE, in Soups - Sandwiches - w/o Mustard - MAYO, HOWEVER, many were "OVARIZed" / "OZZeing" Greasey - Some CYLINDRACIAL, PUSSY DISCHARGE, Weighed as Eatable Sealed LUNCH & a Brown Bag enclosed.

OFFER & COMPROMIZE Settlement $10,000.00 vailed till "Thank Giving"

Avered - Verified

Contential Can Cisco - Guancita, Houston - Pri & PCS total

San Francisco STEAK house

Colorado Start 07 ...

#15

Writ of Replevin / Habeas Corpus
ADA 42 USC 12132 - 1983
$125,000.00 Summary JUDGEMENT

For ALTERED Food Stuffs No - USDA insp

DECLARATION
Ports / Stockton - OAKland
OYEZ - OYEZ - OYEZ
Pay the Man - Ca Chin

# Bush uses 'pocket veto' against defense policy bill

■ President objects to provision that would 'imperil' Iraqi assets, setting up confrontation with Congress

By Ben Feller
ASSOCIATED PRESS

CRAWFORD, Texas — President Bush on Friday used a "pocket veto" to reject a sweeping defense bill because he dislikes a provision that would expose the Iraqi government to expensive lawsuits seeking damages from the Saddam Hussein era.

In a statement, Bush said the legislation "would imperil billions of dollars of Iraqi assets at a crucial juncture in that nation's reconstruction efforts."

The president's objections were focused on a provision deep within legislation that sets defense policy for the coming year and approves $696 billion in spending, including $189 billion for the wars in Iraq and Afghanistan. Also in the legislation were improved veterans benefits and tighter oversight of contractors and weapons programs.

The pocket veto means that troops will get a 3 percent raise Jan. 1 instead of the 3.5 percent authorized by the bill.

Bush's decision to use a pocket veto, announced while vacationing at his Texas ranch, means the legislation will die at midnight Dec. 31. This tactic for killing a bill can be used only when Congress is not in session.

The House last week adjourned until Jan. 15; the Senate returns a week later but has been holding brief, often seconds-long pro forma sessions every two or three days to prevent Bush from making appointments that otherwise would need Senate approval.

Brendan Daly, spokesman for House Speaker Nancy Pelosi, D-San Francisco, said, "The House

BUSH

rejects any assertion that the White House has the authority to do a pocket veto."

When adjourning before Christmas, the House instructed the House clerk to accept any communications from the White House during the break.

A Democratic congressional aide pointed out that a pocket veto cannot be overridden by Congress and allows Bush to distance himself from the rejection of a major Pentagon bill in a time of war.

In a message to Congress, the president said he was sending the bill and his outline of objections to the House clerk "to avoid unnecessary litigation about the non-enactment of the bill that results from my withholding approval, and to leave no doubt that the bill is being vetoed."

Democratic aides said they have not ruled out any legislative options, including dropping the language on lawsuits against Iraq and sending the rest of the bill back to Bush.

The sponsor of the contested provision, Sen. Frank Lautenberg, D-N.J., said the provision would allow "American victims of terror to hold perpetrators accountable — plain and simple."

Senate Republican Leader Mitch McConnell of Kentucky called on lawmakers to "move rapidly to fix this section" when Congress returns in January so that the underlying bill can be signed.

Democratic congressional leaders complained that Bush's move was a last-minute stunt because he had never indicated his intention to veto the bill.

# Town seeks to jail Bush, Cheney

By Dave Gram
ASSOCIATED PRESS

MONTPELIER, Vt. — President Bush may soon have a new reason to avoid left-leaning Vermont: In one town, activists want him subject to arrest for war crimes.

A group in Brattleboro is petitioning to put an item on a town meeting agenda in March that would make Bush and Vice President Cheney subject to arrest and indictment if they visit the southeastern Vermont community.

"This petition is as radical as the Declaration of Independence, and it draws on that tradition in claiming a universal jurisdiction when governments fail to do what they're supposed to do," said Kurt Daims, 54, a retired machinist leading the drive.

As president, Bush has visited every state except Vermont.

The town meeting, an annual exercise in which residents gather to vote on everything from fire department budgets to municipal policy, requires about 1,000 signatures to place a binding item on the agenda.

The measure asks: "Shall the Selectboard instruct the Town Attorney to draft indictments against President Bush and Vice President Cheney for crimes against our Constitution, and publish said indictment for consideration by other municipalities?"

The White House did not immediately respond to requests for comment Friday.

AN IRAQI MAN RECOVERS from ... Friday. The man is one of at ... middle of a busy market, killing

# Baghdad ... scores at ...

■ Two teens and boy, 6, among those killed

By Kimi Yoshino
LOS ANGELES TIMES

BAGHDAD, Iraq — A car bomb exploded in the city's busiest intersection Friday, killing at least eight people and injuring 64 others, underscoring the violence still facing Iraq despite a steep drop in attacks in recent month.

Like a similar explosion last month at a popular pet market, the blast at central Baghdad's crowded Tahrir Square came on a day when many Iraqis were running errands and patronizing local vendors.

A 6-year-old boy and two teenagers were among those killed in the latest explosion, not far from one of the main, heavily guarded entrances to the Green Zone, police said. Officials provided conflicting numbers, with some putting the death toll as high as 14.

Witnesses told police that street vendors noticed a man in his late 20s parking his car

Disabled-Wheelchair Diabetic
GeoBUSH, funded ADA, Act Compliant, Retaliation-Discrim

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**SANTA RITA JAIL** 25th Oct 07 (2F8)
**INMATE GRIEVANCE FORM** Gaffey et al State Bar # ___ Arnold Schwarzenegger, Gov State & Cal Super Court

NAME: NELSON, RAYMOND "Swede" Darceas PFN: ARX 466 [illegible] CDC H-[illegible] (DOB 363 Colorado)

HOUSING UNIT: New House Warn Sheriff AHERN - ADA Notice 2F8 DATE: Wed 24th Oct

NATURE OF GRIEVANCE: (Give specific details) Hot Water / Light / Parole
Basic Necessitates

① Thank You, Sheriff AHERN, upon Service & Your Lack of Qualified Ammunity. (See 4245212132 Files), ADA denial service Basic Granting "Shower Access" - "Toilet Access" - & Electricity of the PG&E Utilities, and STAFFING, and Safe-Sane Food Feeding!

② However the Handi Capped #8 Cell is without "Natural Eastward Morning Sun & 1-F-7 (& 1-A Pods), equipped with Perverted NORTHERN Light(s), Baffles! To Insure - Cause Emotional Distress
ⓐ The Room Florescent (is Equiped with Handi-Capped Switchability.
ⓑ However Because of Lack of Maintence & Cost effective use of the Electricity of PG&E, the BULB(s) are Non-Operative with the Exception of ~25watt Night Lamp.

③ ALSO the Hot Water, for utilitization of the COMMISSARY ITEM(S), soup, Coffee, Oat Meal, Rice-Beans is Functional, not like 1-F-7 to 1-F-8 NELSON DQB-383 & GORDON & SMITHS BFK632 & ARE 765
ⓐ Please Reimburse us BQB-383, BFK-632 & ARE 765 for All the "WASTED" commissary & Replace for us, ADA. disabled, moneys Defrauded our Families in the SUPERIOR Court Case # 43366 Judge Gaffey et al., and Judge Behm Case 518-570

*** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2

INMATE SIGNATURE: [signature] "Swede" Raymond Nelson Pro-Se Private Attorney General

9th Cir Ct. 6-23 *** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

Pursuant to Sheriff AHERN, Policy - Proceed PC 36535, ALL - LAWS - Ress effect

RECEIVED BY DEPUTY: Gaffney et al @ Pillsbury BADGE #: ~8 PM DATE: Wed (greens) 24th

[ ] RESOLVED – INMATE ACCEPTANCE: ___________ EXPLAIN RESOLUTION ON REVERSE SIDE.

[ ] CAN NOT BE RESOLVED AT THIS LEVEL DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. ___________

TRACKING NUMBER: ___________

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

ML – 51 (rev 8/06)

# ...bout life ...ter Laci

...about her. It just changes your life ...ely. There is nothing about my life ...before. Even though it's been ...it still feels as though it was just

**Sharon Rocha**
Mother of Laci Peterson

...cerned, he's where he's supposed to be.

Which brings me to, what do I think about lethal injection? I just have one question: Who came back and said how bad it hurt? Honestly, did they give any thought to the person they murdered, which is the reason they're sitting there on death row, whether it was cruel and unusual? So it's hard to have any empathy whatsoever for those people.

**On gravesite of Laci and Conner:**

It's sad you have to visit your child at a cemetery, that anybody should have to do that. (I go there) just to have a little peace, many times, when I find myself getting really, really upset about what has happened. It seems a little odd, but it's almost as if she's saying, 'Mom, it's time to go out to visit me.' If I go out there, for some reason, it calms me down and I feel much better afterward. That's my therapy.

I actually thought prior to this that I would understand how a parent would feel if they lost a child, but you really don't know the feelings, the emotions you go through. You think, 'Oh my gosh, am I ever going to get over this? What's wrong with me? Why can't I get out of bed today? Why can't I have a clear thought?' Those are different stages you go through. In talking to other people, it seems that is just the course of what you go through.

## NOTIFICATION OF APPLICATION FILING BY PACIFIC GAS AND ELECTRIC COMPANY (PG&E) FOR APPROVAL TO RECOVER IN RATES THE COST OF THE SMARTMETER PROGRAM UPGRADE

**What is the SmartMeter Program Upgrade?**

The SmartMeter Program Upgrade is a proposed upgrade to Pacific Gas & Electric Company's (PG&E) Advanced Metering Infrastructure (otherwise known as "SmartMeter") program. PG&E believes that the upgrade will provide benefits to our customers and further the State's energy conservation policies.

In Decision 06-07-027, the California Public Utilities Commission (CPUC) approved PG&E's current SmartMeter Program, which is installing advanced meter technology to allow PG&E to remotely read customer meters and to record hourly electricity use and daily gas use.

PG&E believes a few upgrades to its current SmartMeter Program are appropriate and timely. These recommended upgrades are consistent with the CPUC's desire to use advanced technology to enhance customer involvement in energy demand management and improve energy conservation throughout the state of California.

**What is this Application filing about?**

**On December 12, 2007, PG&E filed an application** with the CPUC, requesting authority to recover approximately $623 million in electric rates to upgrade PG&E's SmartMeter Program. The upgrades consist of:

- an integrated load limiting connect/disconnect switch;
- a Home Area Network (HAN) gateway device to enable two-way communication of electricity data and prices with customer appliances and other devices; and
- installing solid state meters that would support the previously-mentioned functionality

PG&E's request is for future rate recovery through electric distribution rates, beginning January 1, 2009, and continuing for 15 years. In this application PG&E is requesting cost recovery for the full cost of the SmartMeter Upgrade Project from customers.

**Does this mean rates will increase?**

Yes. Electric distribution rates will increase as early as January 1, 2009, for the SmartMeter Upgrade Project. The increase to electric distribution rates will increase charges for both bundled electric customers (customers who receive electric generation as well as transmission and distribution service from PG&E) and for customers that purchase electricity from other suppliers (e.g., direct access customers).

If the CPUC approves PG&E's request, bills for bundled electric customers who use less than 130% of their baseline allowance would not increase. The bill for a typical bundled customer using 550 kWh per month would increase $0.26 from $71.92 to $72.18. The bill for a typical bundled customer using approximately twice the average baseline allowance, or 850 kWh per month, would increase $1.87 from $149.03 to $150.90 per month. Individual customers' bills may differ.

PG&E will provide an illustrative allocation table of the increases among customer classes in its proposal in a bill insert to be mailed directly to customers beginning in January, 2008.

**THE CPUC PROCESS**

The CPUC's independent Division of Ratepayer Advocates (DRA) will review this application filing, analyze the proposal and present an independent analysis and recommendations for the CPUC's consideration. Other parties may also participate.

The CPUC may hold evidentiary hearings where the parties of record present their proposals in testimony and are subject to cross-examination before an Administrative Law Judge. These hearings are open to the public, but only those who are parties of record can present evidence or cross-examine witnesses during evidentiary hearings.

After considering all proposals and evidence presented during the hearing process, the CPUC will issue a draft decision. When the CPUC acts on this application, it may adopt all or part of PG&E's request, amend or modify it, or deny the application. The CPUC's final decision may be different from PG&E's proposed application filing.

**FOR FURTHER INFORMATION**

For more details call PG&E at **1-800-743-5000** • Para más detalles llame **1-800-660-6789** 詳情請致電 **1-800-893-9555** • For TDD/TTY(speech-hearing impaired) call **1-800-652-4712**

You may contact the CPUC's Public Advisor with comments or questions as follows:

Public Advisor's Office
505 Van Ness Avenue, Room 2103
San Francisco, CA 94102
**1-415-703-2074** or **1-866-849-8390** (toll free)
TTY **1-415-703-5282** or TTY **1-866-836-7825** (toll free)
E-mail to **public.advisor@cpuc.ca.gov**

If you are writing a letter to the Public Advisor's Office, please include the name and filing date of the application to which you are referring. All comments will be circulated to the Commissioners, the assigned Administrative Law Judge and the Energy Division staff.

Handwritten annotations: CV07-6305; 42 USC §1983; 42 USC §12132; not; Government Area Network Gawhogs; Government; Energy Hogs; See Governmental Entities; Russel Hayward; Government; US Dist Court CV07-6305; Tiger-Tutor Ships; ARX-006, Nelson, doug; Att 4 Nelson@Yahoo; Patented 2008; WindCart Nelson@Aol Rock A Feller

Decl/ 5

ENDORSED FILED ALAMEDA COUNTY
AUG 20 2007
CLERK OF THE SUPERIOR COURT
By [illegible]

SUPERIOR COURT of CALIFORNIA
in & for COUNTY of ALAMEDIA
HAYWARD HALL of JUSTICE

People of California
VS
DOUGLAS "SWEDE" RAYMOND NELSON
aka ATTE (APPEX TROUBLE SHOOTERS LTD & TESTING ENGINEERS)
dba "WCD" (WILD CAT Welders - Electric Drill) & Refrigeration
ATTe 4NELSON@Yahoo.com
WILDCAT 4 NELSON @ AOL.com
aka NELSON FAMILY TRUST

CASE DQB 388
DECLARATION
STATE of California in & for TOWNSHIP of DUBLIN (CAMP PARKS) COUNTY of ALAMEDIA
In SUPPORT of MOTION to DISMISS Writ

To: The HONORABLE PRESIDING JUDGE Gaffey Sanders of HAYWARD JUDICIAL DISTRICT. HALL of JUSTICE in & for COUNTY of ALAMEDIA.

I (We) HAD "Set for Certin" PRELIMARY HEARING FRIDAY 17th AUG @ 8:30 am, IN THE PRESENCE of DISTRICT ATTORNEY Mr ROSS, WHOM PROVIDED THE FORGOING "DISCOVERY".

I (We) Have BEEN IN CUSTODY, CONTINUALLY Since 1st Aug; (WE) WERE IN A "HOLDING cell - Denied Medical" FOR 15 hours AWAITING 8:30 AM Hearing: NOT CALLED UNTIL 4:30 am BY Honorable JUDGE Gaffey-Sanders; of Dept 501; Whom "off the Record" Left the Bench, for District Attorney (Ms [illegible]) to MAKE "Settlement Offer;" WHOM CONTINUED THE CASE, "TO OUR OBJECTION", Monday 20th AUG

#19

Exhibit 9/9

Writs of Habeas Corpus / Replevin / Mandate

As much as 6 inches of rain is expected to

Please see **STORMS,** News 7

# estroys a nomadic life

, watch
icle
gal.

BOB BUTLER

*Independent journalist Bob Butler traveled to Senegal, Africa, last month as part of a trip sponsored by the National Association of Black Journalists, where he saw firsthand how global warming has affected the country. This is the third in a three-part series exploring the impacts of climate change on Senegal. See more photos and a slide show of Butler's visit and post comments at InsideBayArea.com.*

**By Bob Butler**
SPECIAL TO MEDIANEWS

DAROU FAL, Senegal — As a boy, Pathe Kane's family farmed a large plot of land on which sat deep lakes filled with wildlife.

In his youth, Ousman Sow wandered the land raising cattle with his Fulani nomad tribe. Over time, sand from the Sahara Desert drove Kane's family from its farm, and drought forced Sow's tribe to forego its nomadic lifestyle.

The Senegalese government believes the advance of the desert and the drought are results of climate change that are having a dramatic impact on several countries in Africa — forcing whole communities to relocate, changing entire lifestyles and making it harder for people to make a living.

"There were very, very deep lakes where people were doing fishing. All these depressed areas (valleys) were lakes originally," said Kane, 56, fondly recalling what his home was like during better times. "This area was so beautiful that the

Please see **CHANGE,** News 7

D. ROSS CAMERON — Staff

**RAY BATH,** a line clearance worker for Davey Tree, trims trees Wednesday along Hampton Road in Piedmont. With a major winter storm bearing down on the Bay Area, PG&E amped up preparations to alleviate expected outages, including clearing trees away from vulnerable power lines.

## What to do:

National Weather Service forecasters are calling for wind gusts up to 30 mph today with gusts reaching 45 mph Friday, when the storm is expected to be strongest. Forecasters expect at least 2 inches to 4 inches of rain throughout the Bay Area, with as much as 6 inches expected in the Oakland and Berkeley hills and Mount Diablo. A dusting of snow is also expected on Mount Diablo and Mount Hamilton. Here's what you can do too prepare:

1 → Check and clean drainage systems.

2 → Do not place leaves, debris or lawn clippings near storm drains.

3 → Keep natural waterways such as creeks and ditches free from obstructions.

4 → Report flooding problems to your local public works agency.

5 → Call Pacific Gas and Electric at 800-PGE-5002 to report power outages or get updates on power restoration efforts. Information on storm preparedness is also available at www.pge.com/stormoutages.

**Additional resources**

▸ Sandbags are available for residents of unincorporated Alameda County. Call 510-670-5500

Please see **PREPARING,** News 7

# INSIDE

Classifieds .......... insert
Legals .......... Class 4, 5
Lottery .......... News 2
Obituaries .......... Metro 4
Opinion .......... Metro 5, 6
Wonderword .......... Living 2
Business .......... inside Metro

**Forecast**

**Rain likely**
Highs: mid-50s
Lows: lower 50s

Details on
**Living 8**

## Lantos has cancer, intends to retire

Longtime U.S. Rep. Tom Lantos, D-San Mateo (left), said Wednesday that he has been diagnosed with cancer of the esophagus. Lantos, 79, intends to finish his 14th two-year term while undergoing treatment but will retire at the end of 2008.

**News 4**



H/U 1F

Alameda County Sheriff's Office - Santa Rita Jail

**INMATE MAIL "RETURN TO SENDER" NOTICE**

**Inmate's Name** NELSON, DOUGLAS **PFN#** AKX006 **Date** 09/21/07

**Mail returned to** AAA AUTO INSURANCE **for one of the following reasons:**

**CONTRABAND: IS ANY ITEM OR ARTICLE NOT ISSUED BY THE FACILITY, PURCHASED AT COMMISSARY, PURCHASED THROUGH APPROVED CHANNELS OR APPROVED BY THE DIVISION COMMANDER OR HIS/HER DESIGNEE.**

___ Blank writing paper/stationery, envelopes, stamps, cards - pens, pencils, marking pens, crayons.
___ Inmate to inmate correspondence
___ Item over the maximum jail size (8½" x 14")
___ Item is too difficult to inspect without tearing/damaging
___ Material referring to drugs/manufacturing of weapons/violence
___ Money orders are acceptable made out to *Alameda County Sheriff's Office* **only**, C/O inmate's name and PFN#. **No cash, personal, payroll, tax refund or social security checks.**
___ Obscene/sexually explicit material
___ Plastic or laminated items, stickers, string, tape, paste, or glued surfaces (home made cards)
___ Polaroid pictures
___ Questionable substances or stains
___ Reading material **(not to exceed six items), must be mailed by an "on-line" bookstore or directly from the publisher** (Books, magazines, comics, word puzzles, newspapers, religious pamphlets). **No hard cover books.**
___ Wire bound items, coins, metal, jewelry, and musical cards.
X OTHER ~~CREDIT~~ PLASTIC AUTO INSURANCE CARD

#429,005,794,498,2314
576145

DISTRIBUTION: White: File Canary: Sender Pink: Inmate

MR-04 (12/06)

OUR *financial* PARTNER®

# ng for the unmarried couple

**THOUGHT FOR THE DAY**

*"Procrastination gives you something to look forward to."*

— JOAN KONNER

**RESOURCE CENTER**

- www.naepc.org
- www.everestfuneral.com
- www.abanet.org/rppt/public/home.html
- www.palimony.com/resources.html

for you if you're incapacitated and unable to do so yourself. Unless your significant other is named under this document, he or she will have no legal say in what happens to you. Family members will make the decisions.

### DURABLE POWER OF ATTORNEY FOR PROPERTY MANAGEMENT

This document is used to appoint an agent to manage your money and other assets. Usually, this document is effective only if you are incapacitated. Again, unless your significant other is named in this document, he or she will have no legal say in managing your assets while you're incapacitated. However, this document does not cover the management of assets in a living trust, as explained below.

If you haven't signed this type of power of attorney (and/or created a living trust), your incapacity may cause a court proceeding known as a conservatorship to manage your assets. This means that you will pay attorneys' fees and you will have a court making some decisions on your behalf. There is the possibility that some unwanted relative will eventually be appointed as your financial representative in the conservatorship to make decisions about your property.

You may want to create and sign another document, known as a Nomination of Conservator, to name your significant other as the person to make your personal day-to-day living decisions if you are incapacitated.

### WILL AND LIVING TRUST

A will is a legal document that names:

- ☐ Your legal representative at death
- ☐ The guardian of your children
- ☐ Who will inherit certain assets after you die

You can add trust provisions within your will to establish guidelines on how your assets are managed after your death. The assets controlled by your will may be subject to probate and are public knowledge.

A living trust is a legal document spelling out the management and distribution of your assets held within the trust both while you are alive and after you die. It is optional within your estate, but there are some special advantages to using a living trust for unmarried couples.

Assets held within a living trust may avoid the probate court altogether upon your death, while assets governed by your will usually do not.

A living trust also provides more privacy about your assets and your beneficiaries than a will. Wills (and the assets governed by them) are available to the public through court records, whereas assets held in a living trust are confidential. With a will, your family members may receive notices and information about your estate that they wouldn't receive if you had a living trust. This can be very important if you're leaving all your assets to your significant other and none to your blood relatives.

Although living trusts are generally confidential, your state's laws may allow both trust beneficiaries and heirs who are not beneficiaries to receive a copy of your living trust document and asset information.

If you decide to use a living trust, you still need a will. If you don't have a will and living trust in place, your state's laws will effectively take over and name your beneficiaries. Your significant other will not be on the state's preferred list of beneficiaries; your blood relatives are the favored choices.

In other words, without a will and trust in place, your loved one may be left out in the cold in more ways than one. If you're living together in your house or condo, the beneficiaries of the estate may insist that your loved one move out right away or start paying rent. Your will and trust could address this situation according to your wishes.

### NAMING GUARDIANS

If you do not have a will with a guardian appointment, your state gets into the act again in determining the guardians who will raise your minor children and manage assets on their behalf. However, if you've signed a will nominating guardians, the court will generally follow your choice.

There are two types of guardians:

- ☐ Guardians of the estate, who take care of your assets for your minor children
- ☐ Guardians of the person, who will take care of raising your minor children

Naming guardians is critical if you have children. Without an estate plan, assets passing to minor children will be subject to extra fees and court costs to pay for a guardianship to regulate them.

Once your children become adults they will receive their entire inheritance in one lump sum, usually at age 18, regardless of whether they are capable of handling the money. Your estate plan can avoid the court system and provide for a more orderly (and delayed) distribution of assets to your children.

### HOLDING TITLE

Another issue to consider with your cohabitation partner is how the two of you hold title (ownership) to your assets. Title determines whether an asset is covered by your will or passes outside your will.

For example, if your will gives your assets to your children, but you own a house in joint tenancy with your significant other, the house will go to your co-owner and not to your children. Only the other assets will go to your children. Be sure to coordinate title to your assets with your will and/or living trust to get the desired result.

### BENEFICIARY DESIGNATIONS

Not all of your assets are subject to your will or your living trust. Some assets, such as your life insurance, IRAs and 401(k) already have a beneficiary designation that generally dictates who inherits their proceeds. Such assets are said to "pass outside" of your will or living trust.

If you want your significant other to inherit assets having a beneficiary designation, complete a designation naming him or her as the primary beneficiary. Then be sure to make provisions for the payment of any estate tax due on these assets in your will or living trust.

Estate planning is a very complex area of personal finance filled with traps and illogical results if you do not proactively take the right steps. Do not hesitate in seeking out qualified professional assistance in dealing with your estate plans, as this is not a do-it-yourself subject area.

*Valentino Sabuco has been a Certified Financial Partner™ for over 28 years and is the founding CEO of Noverus, a financial publishing and information technology company.*

*Have a financial question or want to learn more about the financial PARTNER® system? Visit: www.financialPARTNER.com*

©2007, Valentino Sabuco, CFP®, AEP
Distributed by Universal Press Syndicate. All rights reserved.

*rom Summit Bank Foundation and Newspapers in Education in an effort to expand financial literacy.*

gram Sponsored By:

Summit Bank Foundation
2969 Broadway, Oakland, CA 94611
P. (510) 839-8800 • F. (510) 839-8853
www.summitbankfoundation.com

NIE Newspapers In Education
1-800-676-6629

DSD 324 (2/96)

**DENVER SHERIFF DEPARTMENT**
**PERSONAL PROPERTY INVENTORY**

BOOKING NUMBER: 1551691 PROPERTY BAG NUMBER: 200769

PRISONER NAME: NELSON RAYMOND DATE: 08-02-07

UPON ADMISSION THE ITEMS LISTED BELOW WERE RECEIVED FROM THE INMATE:
(INCLUDE ALL BAGS, BOXES AND SUITCASES)

| QUANT. | ITEMS | CODE | DESCRIPTION | QUANT. | ITEMS | CODE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | BRACELET | BRAC | | 1 | WATCH | WTCH | WM |
| 1 | BILLFOLD | BLFD | BRN | | KEYS | KEYS | WM |
| | EARRING | EARR | | 1 | BELT | BELT | BRN |
| | LIGHTER | LITR | | | RING | RING | |
| | NECKLACE | NECK | | | R/X | R/X | |
| | PURSE | PURS | | | OTHER | OTHR | |
| 1 | SUNDRIES | SUND | CELL | ✓ | NONE | NONE | |
| | CHECKS | CHEX | | | CURRENCY | | 105.00 |
| 1 | GLASSES | GLAS | OR | | COIN | | 2.19 |
| | KNIFE | KNFE | | | TOTAL MONEY | | 107.19 |

SEARCH OFFICER: SERIAL NO. [illegible]

BOOKING OFFICER: SERIAL NO. 0707

INMATE'S SIGNATURE: [signature] DATE:

**UPON PRISONER'S RELEASE,** ALL PERSONAL PROPERTY AS INVENTORIED ABOVE HAS BEEN RECEIVED BY THE INMATE.

RELEASING OFFICER: SERIAL NUMBER:

INMATE'S SIGNATURE: DATE:

**UPON RELEASE OF PROPERTY TO A THIRD PERSON:** ALL PERSONAL PROPERTY AS INVENTORIED ABOVE WAS RELEASED TO:

DATE: TIME:

(NAME AND SIGNATURE OF PERSON RECEIVING PROPERTY)

FINANCE OFFICER: SERIAL NUMBER:

**UPON TRANSPORTATION TO ANOTHER JURISDICTION:** ALL PERSONAL PROPERTY AS INVENTORIED ABOVE WAS RECEIVED BY:

TRANSPORTING OFFICER: SERIAL NUMBER:

TRANSPORTING JURISDICTION: DATE:

RECEIVING OFFICER: SERIAL NUMBER:

5507

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

Contra Costa Co SC06 1272 ORDER of Examination

NAME: Raymond NELSON [illegible] Douglas Peace Officer Humboldt Co 616 [illegible] Cox PFN: DQB383

HOUSING UNIT: Non Wheel Chair Cell 2F8 DATE: 16 Sept

NATURE OF GRIEVANCE: ( Give specific details )

Denial & Rotational Privilodge Rotation By Ms [illegible] to Pod Time Tues ~19th Nov ~9AM

① For Medical Stair Climber (Physically Therapy)

② For Excersise For ADA Falsely Imprisoned By [illegible] From #22 General Population Because no Rt Foot in Violation 42usc§12132 & §1983

③ For Denial of Phone / TV / Shower and NORMAL LifeCycle hours

④ Delayed & When LOP [illegible] Disciplinary of Hill[illegible] was Erroniously Allow Access to Day Room when Immediatly started to Flood my Cell w/ Water Bag

⑤ Where Upon, Senior Citizen was Ordered in 2F7 to Clean & [illegible] & Squeegee Water to Floor Drain @ 2F8, Where his Cell was Flooded Also

⑥ THEREUPON, a Great CLAMMER @ 2F6 Hill[illegible] BBR6[illegible] (10:11pm) Noise & Shock Waves 3.5 Richter [illegible] - PROTESTING It was Not Given The Podtime for Phone Calls / Shower / [illegible] ORDER an Aneurysm & Explained it was Beyond 10:15 & Eleven PM is Shut Down @ 2F6-2F8

⑦ Now as is Falsely Logged, That I Deputy Sheriff Nelson 616 Cox So. Humboldt 616, Signed a Medical Refusal, for My Door was Forced & Narrowed ONLY Recourse is (Not like Inmate w/Care Without 3 days Pod) ReQuest Maximum Security Yellow Rotation w/ Group of Pod

*** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2

INMATE SIGNATURE: Humboldt County Sheriff [illegible] 616

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: Rodriquez BADGE #: DATE:

[ ] RESOLVED – INMATE ACCEPTANCE: [ ] CAN NOT BE RESOLVED AT THIS LEVEL
EXPLAIN RESOLUTION ON REVERSE SIDE. DRAW TRACKING NUMBER FROM CP- 01

FORWARDED TO SGT: TRACKING NUMBER:

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

ML – 51 (rev 8/06)



AAA Life Insurance Company
AAA Life Insurance Company
17250 Newburgh Road • Livonia, Michigan 48152-7601
PRESORTED FIRST CLASS
OCT-4'07
U.S.POS
0.3
5067415
**10/05/2007 DET MI 4
Mail-Wire Fraud
3 ea
No Money?
1F
ALAN-10808-82-XX
CXDFA31 94568